**EXHIBIT A
TO PLAINTIFF'S COMPLAINT**

**J.F. Taylor, Inc.**

21610 South Essex Drive • Lexington Park, MD 20653 • 301-862-3939 • Fax 301-862-4069

August 5th, 2022

Attn: Scott Jaster
CEO & Chief Engineer
JET Systems, LLC

Dear Scott:

J. F. Taylor is under contract with the United States Navy (USN) to design, develop, build and test prototype computers for the PMA209 Mission Computer Adjunct Processor (MCAP) Program. The USN has asked J. F. Taylor to explore the potential integration of reusable software products such as your Adaptive Layer Framework (ALF). Specifically, J. F. Taylor would like to issue a purchase order to JET Systems for the Baseline ALF software products and documentation.

In order to facilitate this effort, J. F. Taylor officially requests that JET Systems provide a firm-fixed price (FFP) quote for the following in support of these deliverables:

1. Baseline ALF Software, to include build instructions, all binaries, source code, specify software/hardware dependencies, and container images (if applicable). All software is to be delivered with Government Purpose data rights.
2. Baseline ALF Documentation/Deliverables to include:
    a. ALF PowerPC SSS
    b. ALF PowerPC ADD
    c. Embedded BIT CSCI
    d. Embedded BIT SDD
    e. Embedded BIT SRS
    f. OS Director CSCI
    g. OS Director SDD
    h. OS Director SRS
    i. Standard Library CSCI
    j. Standard Library SDD
    k. Standard Library SRS
    l. System Log Manager CSCI
    m. System Log Manager SDD
    n. System Log Manager SRS
    o. Time Service Handler CSCI
    p. Time Service Handler SDD
    q. Time Service Handler SRS
    r. TSL API CSCI
    s. TSL API SDD

t.  TSL API SRS
u.  UI Application CSCI
v.  UI Application SDD
w.  UI Application SRS
x.  UI Controller CSCI
y.  UI Controller SDD
z.  UI Controller SRS

All Baseline ALF Documentation/Deliverables is to be delivered with Government Purpose data rights. No integration support or training is required at this time.

The Government requests physical delivery of software and documentation via CD or via DoD SAFE. Government approval will be required in order to facilitate payment.

J. F. Taylor requests that the products listed above be delivered to the government within 30 days of receipt of this order if possible.

J. F. Taylor requests receipt of this JET Systems FFP quote by August 12th, 2022.

Please let me know if you have any questions on this request.

Sincerely,


Matt Campbell
MCAP Program Manager
J.F. Taylor, Inc.
Phone: 301-862-2604
Email: mcampbell@jfti.com