# EXHIBIT C
# TO PLAINTIFF'S COMPLAINT

**JFTAYLOR,inc**

21610 S. Essex Dr.
Lexington Park, MD 20653
PH 301-862-3939 FAX 301-862-5548

**P.O. # 309975**

**G/L Account #:** 5773-002-43

**Order To:** JET Systems, LLC
48426 FREEDOM WAY

LEXINGTON PARK, MD USA 20653

**Contact:** Scott Jaster
**Phone:**
**Fax:**
**Your Quote:** 20220808-001

**Ship To:** 014
J.F. TAYLOR, INC.
21610 SOUTH ESSEX DRIVE
LEXINGTON PARK, MD 20653

**Contract #:** N00421-22-9-0003
**Priority:** N/R
**F.O.B.:** ORIGIN

| P.O. # | P.O. Date | Requestor | Buyer | Vendor # | Terms | Ship Via |
|---|---|---|---|---|---|---|
| 309975 | 8/17/2022 | Morris, Natalie | Skidmore, Kimberly | 996201 | NET 30 | Electronic |

**Instructions:**
J.F. TAYLOR, INC. STANDARD TERMS & CONDITIONS APPLY.
MD Resale Cert. #03302088
EARLY / PARTIAL SHIPMENTS ACCEPTED.
J.F. TAYLOR, INC. TERMS & CONDITIONS AND APPLICABLE DFARS/FAR CLAUSES ARE LOCATED ON OUR WEBSITE AT HTTPS://WWW.JFTI.COM/VTC
OVERSHIPMENT NOT ACCEPTED.

| Line | Item # | Description | Due Date | Qty. | UI | Unit Cost | Ext. Cost |
|---|---|---|---|---|---|---|---|
| 1 | Baseline ALF Software | Baseline ALF Software Invoice # 20220808-001 | 9/11/2022 | 1.00 | | 4074000.00000 | $4,074,000.00 |

**Total Cost: $4,074,000.00**

**Certifications and Disclosures:**

Seller has policies and procedures to identify potential Counterfeit Parts from suppliers. Seller shall immediately notify Buyer with the pertinent facts if Seller becomes aware or suspects that Counterfeit Parts may have been used in a product delivered to the Buyer. In the event that products delivered under this order constitutes or includes Counterfeit Parts, Seller shall, at its expense, promptly replace such Counterfeit Parts with genuine parts conforming to the requirements of this order. Notwithstanding any other provision in this order, Seller shall be liable for all costs relating to the removal and replacement of Counterfeit Parts.

In accordance with FAR Clause 52.209-6, the Seller, by acceptance of this order, hereby certifies to the best of its knowledge that at the time of award, the Seller or its principals are not debarred, suspended, or proposed for debarment by the Federal Government.

In accordance with FAR Clause 52.203-11 and 52.203-12, the Seller, by acceptance of this order, hereby certifies to the best of its knowledge and belief that no Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress on its behalf in connection with the awarding of this contract.

If any registrants under the Lobbying Disclosure Act of 1995 have made a lobbying contact on behalf of the Seller with respect to this contract, the Seller shall complete and submit, with its offer, OMB Standard Form LLL, Disclosure of Lobbying Activities, to provide the name of the registrants. The Seller need not report regularly employed officers or employees of the offeror to whom payments of reasonable compensation were made.

The Seller is expected to utilize adequate security measures to protect covered defense information against unauthorized access, use, destruction, modification, or disclosure and ensure compliance with DFARS clause 252.204-7012 - 'Safeguarding Covered Defense Information And Cyber Incident Reporting' where applicable. For additional resources please refer to https://www.acquisition.gov/dfars/252.204-7012-safeguarding-covered-defense-information-and-cyber-incident-reporting.

The Seller, by acceptance of this order, hereby agrees to the Terms & Conditions identified above in the 'Instructions' section.

Please include Safety Data Sheet(s) for any hazardous materials ordered with delivery of the product(s), pursuant to OSHA Hazard Communication Standard, 29 CFR 1910.1200. Updates to Safety Data Sheet(s) that may occur post purchase should also be delivered.

Please direct invoices to purchasing@jfti.com.

**Approver:** Campbell, Matthew - CORPORATE OFFICER      **Date:** 8/17/2022

**VENDOR COPY**