# EXHIBIT F
# TO PLAINTIFF'S COMPLAINT

**From:** Campbell, Matt
**Sent:** Tuesday, September 27, 2022 10:24 AM
**To:** 'Scott Jaster' <sjaster@myjetsystems.com>
**Subject:** RE: JET Software Delivery

Hi Scott,

Related to the discussions we had last week, the Government asked me to amend the PO with have in place with your company.  The Government specifically asked for:

1) Delivery of the ALF Core and SDK
2) Updates to documentation to remove the requirement to contact Jet Systems on Government Rights documentation
3) Support to MULE
4) Your ability to receive a 50% payment for what you have delivered so far

Attached is our original Request for Quote with track changes turned on and my attempts to amend the RFQ with the info above.  Please review and let me know if you are good with it (or if any changes are required).  Once we come to agreement on the attached, JFTI will amend our PO to include this document, which will allow you the opportunity to invoice a 50% payment as soon as you are ready to.

Thanks, and let me know if you have any questions.

Matt Campbell
J. F. Taylor, Inc.
301-862-2604 (desk)
301-904-2204 (cell)
mcampbell@jfti.com