**EXHIBIT G**

**TO PLAINTIFF'S COMPLAINT**

**Tuesday, October 18, 2022**

I'm being left in the dark with no way to explain or clarify anything, because I don't know what the questios are. I'm concerned that what was delivered may not be recognized for what it is, so that's not a fair position for me to be put in.

What was delivered IS the intitial answer, the first real steps, and highly valuable to the Navy, but it's still in infancy and needs time and effort to grow and be applied... And WE should be doing that for 209, we are the experts. We've out in the work and have the in-tap knowledge.

I want to make sure everything makes sense and people are happy, but that requires relationship with the PMA and communication, which is being blocked or filtered right now.

Is there a timeline of when I'll hear back about closing out this PO so we can move to next steps or the MCAP integration work?
1:31 PM Scotty Jaster

I'm working as fast as possible
1:35 PM Jeff Williamson
I worked to get you 50% you did take it
1:35 PM Jeff Williamson
Didn't
1:35 PM Jeff Williamson

The 50% was supposed to be an immediate bandaid while we helped the MULE get it running in their lab to get the other 50%, but we were able to do that already, so there wasn't a need to make a new PO.

We also provided the Core components and the SDK components in addition to the PO, and the Project files for the SDK workbench. That was provided in good faith to 209.

I'd just like to stay in regular communication with you to make sure we stay on the same page, man. That's the goal. We're BOTH trying to help the military and our country's defense, and it's alot more than "business".

This is REALLY hard stuff were trying to solve (not just technical), we should be working closely together to get this stuff done through the right channels. I'm for real about this. This is important to me, and I know it is to you as well. For this PO, we have fulfilled it, so if there is a question about something still missing, let's just have a quick meeting about it so we can fix the problem right away, right? We are trying to help, for real. I don't want misunderstandings to cause problems.
1:45 PM Scotty Jaster

It's out of my hands.
2:17 PM Jeff Williamson

JFT has also not responded back about starting work on the MCAP RHEL hosting that we are

2

supposed to be doing. Is that still happening??
3:56 PM·SMS Scotty Jaster

I want to talk with my leadership and get back to you.
We're you given a po for RHEL?
3:58 PM Jeff Williamson

Matt told me they were going to process the PO for the RHEL work as soon as the PO for ALF Power PC baseline was completed.

We were hoping to have started on the RHEL MCAP work already. We have been planning the architecture out in the meantime, in preparation, to help 209 move faster with that.
4:00 PM·SMS Scotty Jaster

Ok you'll need to take that up with jfti
4:05 PM Jeff Williamson

Yep, that's what I was planning on doing once this first PO was closed out. Another reason why we wanted to get it wrapped up quickly so we can move forward, lol. Not to mention the need for the funding to stay alive!
4:06 PM·SMS Scotty Jaster

Understood
4:06 PM Jeff Williamson