# EXHIBIT I
# TO PLAINTIFF'S COMPLAINT



45671 Pleasant Mill Drive • Great Mills, MD 20634 • Phone 301-862-3939 | Fax 301-862-4069

November 14, 2022

Via E-mail

Mr. Scott Jaster
JET Systems, LLC
48015-1 Pine Hill Run Rd
Lexington Park, MD 20653
sjaster@myjetsystems.com

Re:   Purchase Order No. 309975
      Notice of Breach

Dear Mr. Jaster:

Purchase Order number 309975 ("Purchase Order") between J.F. Taylor, Inc. ("J.F. Taylor") and JET Systems, LLC ("JET"), dated August 17, 2022, required JET Systems to provide ALF software deliverables on or before September 11, 2022. It appears that JET delivered certain artifacts directly to the Government during the period of September 6, 2022 through October 3, 2022. Upon inspection by the Government's program office, however, we are informed that JET's delivery is missing major components and does not constitute the required baseline software framework. By email dated November 10, 2022, the Government has described its findings and has demanded a response from J.F. Taylor. A copy of the Government's detailed communication is enclosed.

You are notified that JET's failure to deliver is a breach of the Purchase Order. J.F. Taylor is providing JET until 12 Noon on Wednesday, November 23, 2022, to complete performance and cure its breach. If JET does not cure within that time, J.F. Taylor reserves all rights and remedies under the Purchase Order and applicable law, including the right without further notice to terminate the Purchase Order for cause.

Sincerely,

Wayne D. Taylor
President

Encl.