**EXHIBIT J
TO PLAINTIFF'S COMPLAINT**



**45671 Pleasant Mill Drive • Great Mills, MD 20634 • Phone 301-862-3939 | Fax 301-862-4069**

December 9, 2022

<u>Via E-mail</u>

Mr. Scott Jaster
JET Systems, LLC
48015-1 Pine Hill Run Rd.
Lexington Park, MD 20653
sjaster@myjetsystems.com

Re:    Purchase Order No. 309975
        Notice of Termination for Cause

Dear Mr. Jaster:

You are notified that Purchase Order No. 309975 is terminated for cause pursuant to section 13 of the Standard Terms and Conditions. The termination is effective immediately.

This termination is a result of JET's failure to perform and breaches of warranty, as addressed in our prior communications including the November 14, 2022 Notice of Breach and December 2, 2022 Show Cause Notice. In correspondence and discussions, JET has repeatedly stated its refusal and inability to cure.

J.F. Taylor reserves all rights and remedies provided by law and/or the terms of the Purchase Order as result of JET's breaches and this termination for cause.

Sincerely,

*Wayne D. Taylor* (signature)

Wayne D. Taylor
President