# Exhibit 1



45671 Pleasant Mill Drive • Great Mills, MD 20634 • Phone 301-862-3939 | Fax 301-862-4069

December 2, 2022

Via E-mail

Mr. Scott Jaster
JET Systems, LLC
48015-1 Pine Hill Run Rd.
Lexington Park, MD 20653
sjaster@myjetsystems.com

**Re:**    Purchase Order No. 309975
         Show Cause Notice

Dear Mr. Jaster:

On November 14, 2022, J.F. Taylor, Inc. (J.F. Taylor) provided a Notice of Breach to JET Systems, LLC (JET), advising of serious concerns regarding software deliveries from JET to the United States Government in relation to Purchase Order number 309975 (Purchase Order). With that Notice of Breach, J.F. Taylor enclosed a copy of the Government's letter of concern, detailing the Government's rejection of the JET deliveries based upon its determination that the baseline ALF software is not complete and does not constitute the required baseline software framework. J.F. Taylor further provided JET until November 23, 2022 to cure the breach, which was subsequently extended to December 2, 2022. By email on November 17, 2022, JET provided a response to the Notice of Breach and the Government's findings. After review and consideration of the information provided, it is apparent that JET has not met its obligations under the Purchase Order. As a result, J.F. Taylor is considering termination of the Purchase Order for cause.

The Purchase Order required JET to deliver the "Baseline ALF Software, to include build instructions, all binaries, source code, specify software/hardware dependencies, and container images." As JET also is aware from the Purchase Order and communications with the Government and J.F. Taylor prior to issuance of the Purchase Order, the purposes of acquiring JET's Adaptive Layer Framework (ALF) included obtaining an existing software framework that would be reusable and platform agnostic, and that avoided the problems of dependencies upon proprietary systems and vendor lock. These also are basic characteristics of a software framework. These also are characteristics that JET represented its "Adaptive Layer Framework" software to have, and that JET expressly advertises. What JET has delivered, however, represents neither the Baseline ALF Software nor such a reusable framework.

By JET's own definitions and admissions, the delivered product does not represent the Baseline ALF. For example, the ALF Architectural Design Document (ADD) states that "ALF is a

modular and extensible framework that consist of ALF Core, ALF SDK [Software Development Kit], ALF Apps, and ALF Products." But the Government has determined that the JET delivery is missing ALF CORE, ALF SDK, and ALF Apps. In its November 17 response, JET also admits that it has not delivered these major components of the ALF.

Moreover, JET appears to suggest that components necessary for the ALF to be utilized as the Government intended, such as ALF CORE, ALF SDK, and ALF Apps, might not even have been completed by JET, stating for example that the "delivered ADD was a snapshot in time of overall architectural planning, subject to growth and change over time, and included POSSIBLE future planning language and references." Rather than offering to provide these necessary items, JET suggests further that it can remove such "extraneous references."

Regardless of whether the delivered product represents the baseline ALF, by JET's own admissions it does not provide a reusable framework. Rather than being platform-agnostic, JET has delivered software and artifacts for the ALF PowerPC 653 product that is tied to a specific operating system (VxWorks) and specific hardware (e.g., the Curtiss-Wright Power PC Processor, the Alta Data XMC-MA4 module, and the Network Attached Storage (NAS) module). This makes the delivered ALF not easily portable or reusable for other platforms. Furthermore, the delivered product has no distinction between parts of the codebase that are not intended to change (the purported framework) versus those that the user would modify when tailoring the delivered product. It appears therefore that JET has provided a customized, hard-coded software product for a specific environment, not a platform-agnostic reusable framework. JET's suggestion that it be contracted to "continue to work the effort," and make source-code modifications that would be necessary for use of the product with any other platform, only further supports that conclusion.

J.F. Taylor considers JET to be in breach of the Purchase Order requirement to deliver the Baseline ALF Software and in breach of JET's express and implied warranties of merchantability and fitness for purpose. Because JET has failed to meet its obligations under the Purchase Order within the time prescribed under the Purchase Order, J.F. Taylor is considering terminating the Purchase Order for cause, pursuant to Section 13 of the applicable J.F. Taylor Standard Terms and Conditions. JET is reminded that, in the event of termination for cause, JET will be liable to J.F. Taylor for any and all rights and remedies provided by law.

Accordingly, without waiving any rights, including the right to terminate with or without further notice, J.F. Taylor invites JET to show any reason that it should not be terminated for cause. Any such showing is requested in writing no later than Wednesday, December 7, 2022.

Sincerely,

Wayne D. Taylor
President