# Exhibit 3

# EXHIBIT 6
# TO PLAINTIFF'S FIRST AMENDED COMPLAINT

**DELIVER TO: MR. SCOTT JASTER**

**DO NOT BEND**

**DO NOT BEND**

