# Exhibit 7

| From: | Richard Toikka |
|---|---|
| To: | Rosato, Carrie E. (CIV) |
| Cc: | Nicholas Wilt |
| Subject: | [EXTERNAL] Jet Systems, LLC v. United States, No. 24-1166C (U.S. Ct. Fed. Cl.) |
| Date: | Monday, November 25, 2024 1:55:49 PM |
| Importance: | High |

Counsel:

We have, on behalf of Jet Systems, LLC, filed a Rule 7.1 Disclosure Statement and a First Amended Complaint. We took many, but not all, of the suggestions in your letter dated November 5, 2024. The cancellation of Jet Systems, LLC's registration with Maryland is a clerical error and is being corrected.

Richard S. Toikka, Esquire | Partner
WILT TOIKKA KRAFT LLP
1629 K Street, NW, Suite 300
Washington, DC 20006
202-508-3648 (phone)
202-521-9803 (fax)
240-888-8110 (mobile)
rtoikka@wtk-law.com (email)

PRIVILEGED AND/OR CONFIDENTIAL: This e-mail (including any attachments) is intended only for the use of the individual or entity named above and may contain privileged or confidential information. If you are not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any review, dissemination, distribution or copying of this e-mail is prohibited. If you have received this e-mail in error, please immediately notify us by e-mail, facsimile, or telephone; return the e-mail to us at the e-mail address above; and destroy all paper and electronic copies.