# Exhibit 8

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION**

| | |
|---|---|
| **JET SYSTEMS, LLC,** )<br><br>Plaintiff, )<br><br>v. )<br><br>**J.F. TAYLOR, INC.,** )<br><br>Defendant. ) | **Civil Action No. 8:24-cv-1628-DKC** |

**DEFENDANT J.F. TAYLOR, INC.'S
MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant J.F. Taylor, Inc. ("J.F. Taylor"), by and through counsel, respectfully submits this Motion to Dismiss Plaintiff's First Amended Complaint, Dkt. No. 19.  As set forth in J.F. Taylor's accompanying Memorandum of Law, this case, brought by Plaintiff, JET Systems, LLC, should be dismissed with prejudice for failure to state a claim on which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated:  September 4, 2024

Respectfully Submitted,

*/s/ Lyndsay A. Gorton*
Lyndsay A. Gorton, Bar No. 19457
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 624-2500
Fax: (202) 628-5116
LGorton@crowell.com

Paul Keller (*Pro Hac Vice*)
James Reed (*Pro Hac Vice*)
CROWELL & MORING LLP
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
Tel: (212) 443-4000
Fax: (202) 628-5116
PKeller@crowell.com

JReed@crowell.com

*Counsel for Defendant J.F. Taylor, Inc.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION**

| | |
|---|---|
| **JET SYSTEMS, LLC,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Civil Action No. 8:24-cv-1628-DKC** |
| ) | |
| **J.F. TAYLOR, INC.,** ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT J.F. TAYLOR, INC.'S MEMORANDUM IN SUPPORT OF
ITS MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

# **TABLE OF CONTENTS**

I.     Introduction ................................................................................................... 1

II.    Background ..................................................................................................... 3

III.   Argument ....................................................................................................... 7

     A.     Standard of Review ............................................................................ 7

     B.     JET as Not Alleged Any Plausible iolations in the First
          Amended Complaint to Survive this Motion to Dismiss ....................... 9

          1.    JET's Claims Should Be Dismissed Because the Clear and
               nambiguous Language of the Purchase Order Makes Acceptance
               of JET's Software Conditioned on Inspection ............................ 9

          2.    Plaintiff's Trade Secret Claims Fail as a Matter of Law ......................... 11

          3.    The Claims Based on JET's Single, nsupported "pon
               Information and Belief" Allegation Cannot Survive a Motion to
               Dismiss .................................................................................... 16

          4.    The Copyright Act Preempts Plaintiff's Conversion Claim .................... 17

     C.     The First Amended Complaint Should be Dismissed with Prejudice
          Because Further Amendment is Futile ................................................. 18

     D.     The First Amended Complaint is an Improper Shotgun Pleading ......................... 19

I .    Re uest for Oral earing ................................................................................ 21

 .    Conclusion .................................................................................................... 22

## <u>TABLE OF AUTHORITIES</u>

**C**

**P        )**

*Albert S. Smyth Co., Inc. v. Motes*,
No. C    CCB-17-677, 2020 WL 4471524 (D. Md. Aug. 3, 2020) ................................... 11, 12

*Ashcroft v. Iqbal*,
556    .S. 662 (2009)................................................................................................. 2, 7, 8

*Bell Atl. Corp. v. Twombly*,
550    .S. 544 (2007)................................................................................................... 2, 8

*Biospherics, Inc. v. Forbes, Inc.*,
989 F.Supp. 748 (D.Md. 1997)................................................................................... 9

*Burroughs Payment Sys., Inc. v. Symco Grp., Inc.*,
No. 1:10-C   -03029-JEC, 2011 WL 13217738 (N.D. Ga. Dec. 13, 2011) ............................. 16

*Capricorn Mgmt. Sys., Inc. v. Gov't Emps. Ins. Co.*,
No. 15-C   -2926 (DR   )(SIL), 2020 WL 1242616 (E.D.N.Y. Mar. 16, 2020)...................... 15

*Carter v. Norfolk Cmty. Hosp. Ass'n, Inc.*,
761 F.2d 970, (4th Cir. 1985) ................................................................................... 18

*Chacko v. Preston*,
No. 23cv551, 2024 WL 943455,  (E.D.   a. Mar. 5, 2024) ................................................. 18

*Chesapeake Bay Found., Inc. v. Severstal Sparrows Point, LLC*,
794 F.Supp.2d 602 (D. Md. 2011).............................................................................. 9

*Composite Marine Propellers, Inc. v. Van Der Woude*,
962 F.2d 1263 (7th Cir. 1992) ................................................................................... 12

*Flexpand, LLC v. CREAM, Inc.*,
No. C 19-0878 SBA, 2020 WL 13504975 (N.D. Cal. Sept. 9, 2020) ................................... 16

*Foman v. Davis*,
371    .S. 178 (1962)................................................................................................... 18

*Glaser v. Enzo Biochem, Inc.*,
126 Fed. App'x 593 (4th Cir. 2005) ........................................................................... 18

*Glenn v. Wells Fargo Bank, N.A.*,
No. C    DKC 15-3058, 2016 WL 3570274 (D. Md. July 1, 2016) ................................... 8, 16

*Goss v. Bank of Am., N.A.*,
917 F.Supp.2d 445 (D. Md. 2013).............................................................................. 8

*Howes v. SN Servicing Corp.*,
  No. CCB-20-670, 2021 WL 878354, (D. Md. Mar. 9, 2021) .................................. 20

*Jackson v. Olsen*, No.
  09-cv-43, 2010 WL 724023, (E.D.   a. Mar. 1, 2010) .............................................. 20

*Jackson v. Warning*,
  No. C   PJM 15-1233, 2016 WL 7228866, (D. Md. Dec. 13, 2016)....................... 20

*KEMA, Inc. v. Koperwhats*,
  658 F.Supp.2d 1022 (N.D. Cal. 2009) .................................................................... 15

*Lambeth v. Bd. of Comm'rs of Davidson Cnty.*,
  407 F.3d 266 (4th Cir. 2005) ..................................................................................... 8

*Lee v. Meyers*,
  No. EL   -21-1589, 2022 WL 252960 (D. Md. Jan. 27, 2022) ................................. 20

*LTVN Holdings, LLC v. Odeh*,
  No. CI   .A.CCB-09-789, 2010 WL 2612690 (D. Md. June 25, 2010) ................... 17

*Madison River Mgmt. Co. v. Bus. Mgmt. Software Corp.*,
  351 F.Supp.2d 436 (M.D.N.C. 2005) ..................................................................... 17

*Metro. Reg'l Info. Sys., Inc. v. Am. Home Realty Network, Inc.*,
  948 F.Supp.2d 538 (D. Md. 2013).......................................................................... 15

*Mobile Active Def., Inc. v. Los Angeles Unified Sch. Dist.*,
  No. C   1508762RGKGJS   , 2015 WL 12860491 (C.D. Cal. Dec. 14, 2015)......... 15

*PaySys Int'l, Inc. v. Atos Se*,
  No. 14-C   -10105 (KBF), 2016 WL 7116132 (S.D.N.Y. Dec. 5, 2016)................. 15

*Philips v. Pitt Cnty. Mem. Hosp.*,
  572 F.3d 176 (4th Cir. 2009) ............................................................................... 6, 9

*Resnick v. City of Troy*,
  No. 2:17C   815-ECM, 2019 WL 2092567 (M.D. Ala. May 13, 2019) .................. 16

*Sewraz v. Morchower*,
  No. 08-cv-100, 2009 WL 211578 (E.D.   a. Jan. 28, 2009).................................... 20

*Steves & Sons, Inc. v. JELD-WEN, Inc.*,
  No. 3:16-C   -545, 2018 WL 1796293 (E.D.   a. Apr. 16, 2018) ........................... 12

*TECH USA, Inc. v. Milligan*,
  No. C   RDB-20-0310, 2021 WL 795151 (D. Md. Mar. 1, 2021) .......................... 14

*Trandes Corp. v. Guy F. Atkinson Co.*,
    996 F.2d 655 (4th Cir. 1993) ............................................................ 12

*U.S. ex. rel Berge v. Bd. Trustees Univ. Ala.*,
    104 F.3d 1453 (4th Cir. 1997) .......................................................... 17

*United Black Firefighters v. Hirst*,
    604 F.2d 844 (4th Cir. 1979) .............................................................. 8

*View Point Med. Sys., LLC v. Athena Health, Inc.*,
    9 F.Supp.3d 588 (D. Md. 2014) ................................................... 6, 8, 9

*Virella v. M.B.G. Enters. Inc.*,
    No. C  RDB-21-1844, 2022 WL 36452, (D. Md. Jan. 4, 2022) ............ 18

*Walters v. McMahen*,
    684 F.3d 435 (4th Cir. 2012) .............................................................. 8

*Weigel v. Maryland*,
    950 F.Supp.2d 811, (D. Md. 2013) ................................................... 18

*Weiland v. Palm Beach Cty. Sheriff's Off.*,
    792 F.3d 1313, (11th Cir. 2015) ....................................................... 20

*Zak v. Chelsea Therapeutics Int'l, Ltd.*,
    780 F.3d 597 (4th Cir. 2015) ......................................................... 7, 9

**St t  t**

17   .S.C.   101 ............................................................................... 13

17   .S.C.   102 ............................................................................... 17

17   .S.C.   103 ............................................................................... 17

17   .S.C.   106 ............................................................................... 17

17   .S.C.   301 ............................................................................... 17

17   .S.C.   408 ............................................................................... 11

17   .S.C.   410 ............................................................................... 11

17   .S.C.   705 ........................................................................... 11, 12

18   .S.C.   1836 .......................................................................... 8, 11

18   .S.C.   1839 ............................................................................. 11

MD. Code, Com. Law   11-1201 ............................................................................................ 8, 11

Defendant J.F. Taylor, Inc. ("J.F. Taylor") submits the following Memorandum of Law in Support of Defendant's Motion to Dismiss Plaintiff JET Systems, LLC's ("JET") First Amended Complaint (Dkt. No. 19) ("First Amended Complaint" or "FAC") pursuant to Fed. R. Civ. P. 12(b)(6) (the "Motion").

## I.    INTRODUCTION

As with its initial Complaint, JET's First Amended Complaint is no more than an improper effort to gain through litigation what JET cannot gain through contract.  As a matter of law, JET's claims cannot stand given the clear and unambiguous language of the governing agreement, Purchase Order No. 309975 (the "Purchase Order"), between J.F. Taylor and JET.  Dkt. No. 1-6, Ex. D to JET's Original Complaint (the "Original Complaint" or "Compl.").[1]  JET's citation to certain provisions of the Purchase Order to support its claims cannot remove the other provisions of the Purchase Order that wipe those claims away.  For all of JET's bluster that it supposedly provided the software re uested under the agreement, the Purchase Order specifically provides for the right to review the software and the right not to accept it:  " J.F. Taylor and the Government reserve  the right to inspect or test any supplies or services that have been tendered for acceptance."  "The buyer reserves the right to inspect or test any supplies or services that have been tendered for acceptance."  *Id.* at 2.  Nothing in the agreement re uires the  nited States Government (the "Government") or J.F. Taylor to accept the software proffered by JET.  If the software was "accepted" then the other provision of the agreement would come into force.  Before that, however, the inspection and acceptance of the software remains with the Government and J.F. Taylor.  This "right to inspect" vitiates all of JET's claims in this action  the claims of breach

---

[1] For the First Amended Complaint, JET did not file the exhibits attached to its Original Complaint but instead cited to the docket.  For purposes of responding to the allegations set forth in the First Amended Complaint, J.F. Taylor will rely on the exhibits attached to JET's Original Complaint by citing to the docket.

of contract, copyright infringement, misappropriation of trade secret, and conversions   all of which are premised on the use of the software during the inspection period called for under the Purchase Order.

JET's other claims fare no better.  For example, JET's trade secret misappropriation claims fail as a matter of law because JET failed to identify and sufficiently plead that its "software products and documentation" constitute trade secrets and were misappropriated.[2]

Furthermore, JET's single, conclusory "upon information and belief" allegation that forms the sole foundation for JET's copyright infringement, trade secret misappropriation, and conversion claims is legally flawed under Federal Rules of Civil Procedure 8 and 12(b)(6) and *Bell Atl. Corp. v. Twombly*, 550   .S. 544 (2007) and *Ashcroft v. Iqbal*, 556   .S. 662 (2009) and cannot survive a Rule 12(b)(6) motion to dismiss.

JET's conversion claim against J.F. Taylor should also be dismissed, because the Copyright Act preempts JET's common law conversion claim.

Further, given the clarity of the governing agreement and because JET has now had an opportunity to try and rectify the deficiencies in its Initial Complaint, the First Amended Complaint should be dismissed with prejudice as further amendment is futile.

Lastly, JET's First Amended Complaint also fails to provide ade uate notice of JET's claims against J.F. Taylor, as the First Amended Complaint is nothing more than an improper shotgun pleading.

---

[2] As discussed below in Section III.B.2.c, for the additional reason that JET deposited a portion of its software with the Copyright Office, any claim of trade secret misappropriation of that portion of software should be dismissed, as that portion cannot have trade secret protection.

As detailed below, JET's claims against J.F. Taylor all fail, and the alleged facts set forth in the First Amended Complaint are insufficient to support those claims. The Court should grant J.F. Taylor's Motion to Dismiss.

## II.    BACKGROUND

J.F. Taylor designs, engineers, and manufactures products and solutions for the Government. At issue in this case is one such project under which the Government engaged and contracted J.F. Taylor to design, develop, build, and test prototype computers for the PMA209 Mission Computer Adjust Processor ("MCAP") Program. Dkt. No. 1-3, Ex. A to Compl. at 2. One of the goals of this project was for J.F. Taylor to "explore the potential integration of reusable software products" into the Government's systems. *Id*. At the direction of the Government, J.F. Taylor contacted JET in August of 2022 to re uest a  uote for JET's software, as "reusable software products . . . ." *Id*. In order to accomplish the "reusable" aspect of the software, J.F. Taylor's re uest re uired that any such software must include "build instructions, all binaries, source code, specify software hardware dependencies, and container images (if applicable)." *Id*. Anticipating that the Government would need to inspect and approve JET's software prior to payment, J.F. Taylor explicitly stated in its re uest that "Government approval will be re uired in order to facilitate payment." *Id*. at 3. These conditions were reiterated in correspondence dated August 5, 2022 from J.F. Taylor to JET. Dkt. No. 1-18, Ex. P to Compl.

JET responded to J.F. Taylor's re uest by providing a  uote for JET's software. Dkt. No. 1-4, Ex. B to Compl. Acknowledging the re uirements as to the reusability of the software, JET stated that its software would include "build instructions, all binaries, source code, specify software hardware dependencies, and container images (if applicable)." *Id*.

J.F. Taylor then issued the Purchase Order to JET. Dkt. No. 1-5, Ex. C to Compl. The Purchase Order stated that J.F. Taylor's standard terms and conditions apply. *Id*. JET attached

J.F. Taylor's standard terms and conditions to the Initial Complaint.  *See* Dkt. No. 1-6, Ex. D to

Compl.  Sections 1 and 13 are relevant to the claims at issue in this case.  Section 1 of the terms

and conductions, titled "Inspection Acceptance" states:

> The seller shall only tender for acceptance those items that conform to the
> re uirements of this order.  The buyer reserves the right to inspect or test any
> supplies or services that have been tendered for acceptance.  The buyer may re uire
> repair or replacement of nonconforming supplies or reperformance of
> nonconforming services at no increase in contract price.  The buyer must exercise
> its post-acceptance rights (1) within a reasonable time after the defect was
> discovered or should have been discovered and (2) before any substantial change
> occurs in the condition of the item, unless the change is due to the defect in the
> item.
>
> The  .S. Government may engage in the same inspection activities as J.F. Taylor,
> Inc.

*Id.* at 2.  Section 13, titled "Termination for Cause" states:

> The buyer may terminate this contract, or any part hereof, for cause in the event of
> any default by the seller, or if the seller fails to comply with any order terms and
> conditions, or fails to provide the buyer, upon re uest, with ade uate assurances of
> future performance.  In the event of termination for cause, the buyer shall not be
> liable to the seller for any amount for supplies or services not accepted, and the
> seller shall be liable to the buyer for any and all rights and remedies provided by
> law.  If it is determined that the buyer improperly terminated this order for default,
> such termination shall be deemed a termination for convenience.

*Id*. at 5.  JET's First Amended Complaint does not address or mention either of these Sections of

the Purchase Order.

On or about September 22, 2022, JET delivered its software directly to the Government.

FAC   23  Dkt. No. 1-7, Ex. E to Compl. at 2-3.  Subse uently and after exercising its rights under

the Purchase Order to inspect JET's software, the Government re uested J.F. Taylor contact JET

to explain that JET's software was lacking certain key components that would enable the software

to be reusable, mainly the "ALF Core and  Software Development Kit ."  Dkt. No. 1-8, Ex. F to

Compl.  J.F. Taylor did so on September 27, 2022.  *Id.*  The next day, a software lead for the

Government emailed JET directly, outlining the deficiencies in JET's software.  Dkt. No. 1-15,

Ex. M to Compl.  On October 18, 2022, Mr. Scott Jaster, CEO and Chief Engineer for JET, contacted a team member of the PMA209 project to discuss JET's software delivery to the Government.  FAC   28.  JET alleges Exhibit G to the Initial Complaint represents a text message conversation between Mr. Jaster and the PMA209 team member.  *Id.  see also* Dkt. No. 1-9, Ex. G to Compl.  In that conversation, Mr. Jaster admits that the software delivered to the Government was deficient because, as delivered, the software was "still in  its  infancy and needs time and effort to grow . . . ."  Dkt. No. 1-9, Ex. G to Compl.  at 2.

After notifying JET of the deficiencies of JET's software, the Government outlined the deficiencies in a Letter of Concern, dated November 10, 2022, to J.F. Taylor.  *See* Dkt. No. 1-10, Ex.    to Compl.  J.F. Taylor transmitted the Letter of Concern to JET on November 14, 2022. Dkt. No. 1-11, Ex. I to Compl.  In addition to transmitting the Government's Letter of Concern, J.F. Taylor's November 14, 2022 letter notified JET that it had until November 23, 2022 to cure the deficiencies in JET's software, and that if JET failed to cure such deficiencies, J.F. Taylor would terminate the Purchase Order for cause.  *Id.*  After discussions between J.F. Taylor and JET regarding the deficiencies of JET's software, during which JET "repeatedly stated its refusal and inability to cure" (Dkt. No. 1-12, Ex. J to Compl.), on December 9, 2022, J.F. Taylor notified JET that the Purchase Order was terminated for cause pursuant to Section 13 of J.F. Taylor's standard terms and conditions, indicating that the termination was "a result of JET's failure to perform and breaches of warranty, as addressed in . . . prior communications including the November 14, 2022 Notice of Breach and December 2, 2022 Show Cause Notice."[3]  *See* Dkt. No. 1-12, Ex. J to Compl.

---

[3] Although it was referenced, JET did not attach the December 2, 2022 Show Cause Notice to its Original Complaint.  J.F. Taylor has attached a true and correct copy of the Show Cause Notice as Exhibit 1 to the Renewed Declaration of Lyndsay A. Gorton filed concurrently with this Motion and this Memorandum in Support ("Renewed Gorton Declaration" or "Gorton Decl.") at    2. Exhibit 1 is integral to the Original Complaint and First Amended Complaint and authentic

Subse uent communication from JET to J.F. Taylor failed to resolve the deficiencies of JET's software.  Instead, JET attempted improperly to shift the blame for its own failures to J.F. Taylor by asserting J.F. Taylor was somehow responsible for the deficiencies of JET's software and that the "best course of action" for J.F. Taylor to avoid liability was to "work with JET to help obtain government acceptance."  Dkt. No. 1-14, Ex. L to Compl. at 4.

Pursuant to the pre-acceptance rights under the Purchase Order, the Government returned JET's software to J.F. Taylor on February 22, 2023.  The Government returned JET's software in a sealed envelope.  *See* Dkt. No. 1-17, Ex. O to Compl.  J.F. Taylor mailed the sealed envelope directly to JET on February 24, 2023, and JET received its software on February 27, 2023.  FAC  35.

In preparing to file this lawsuit, JET took at least two affirmative actions with respect to its software that are relevant here.  First, as set out in the First Amended Complaint, on April 25, 2024, JET filed an application for a copyright registration for JET's software.  *See* FAC  33  *see also* Gorton Decl. Ex. 2, T  9-384-065 Full Record.  When registering its software with the Copyright Office, JET did not re uest special relief from the Copyright Office to protect any alleged trade secret information contained in the deposited portion of software.  *See* Gorton Decl. Exs. 2 and 3, Copy of the Deposit of Copyright Registration No. T  9-384-065.[4]  Second, in that

---

because the document is referenced by JET in its Complaint.  *See* Dkt. No. 1-12, Ex. J to Compl. ("as addressed in our prior communications including the November 14, 2022 Notice of Breach and December 2, 2022 Show Cause Notice").  As such, the Court may consider Exhibit 1 when determining a Rule 12(b)(6) motion.  *See View Point Med. Sys., LLC v. Athena Health, Inc*., 9 F.Supp.3d 588, 598 (D. Md. 2014) ( uoting *Philips v. Pitt Cnty. Mem. Hosp.*, 572 F.3d 176, 180 (4th Cir. 2009)).

[4] Exhibit 2 is a true and accurate copy of the full record of JET's copyright registration no. T  9-384-065. 2d Gorton Decl. at  3.  Exhibit 3 is a true and accurate copy of the deposit JET provided to the Copyright Office when applying for the registration of copyright no.  T  -384-065.  Gorton Decl. at  4.  Both exhibits are "integral to the complaint and authentic" (*see View Point*, 9 F.Supp.3d at 598) because JET's copyright claim is based on JET's registered copyright.

application, JET stated that the date of "publication" of its software was August 8, 2022, more than five months before JET alleges (wrongly) that J.F. Taylor copied JET's software.  *Id.*

Furthermore, in October 2023, JET filed a complaint with the Office of the National Ombudsman,  .S. Small Business Administration (the "National Ombudsman").  Dkt. No. 1-17, Ex. O to Compl.  The National Ombudsman confirmed that the Purchase Order between J.F. Taylor and JET had been terminated and that when returning JET's software, the Government "placed  JET's  software in a sealed envelope and provided it to  J.F. Taylor  for return to JET."  *Id.*

## III.   ARGUMENT

JET asserts five claims against J.F. Taylor.   Count I alleges infringement of JET's registered copyright, T   9-384-065  Count II alleges misappropriation of trade secrets in JET's software products and documentation under the Defend Trade Secrets Act ("DTSA"), 18   .S.C.

1836 *et seq.*  Count III alleges common law conversion under Maryland law  Count I   alleges misappropriation of trade secrets in JET's software products and documentation under the Maryland   niform Trade Secrets Act ("M   TSA"), MD. Code, Com. Law     11-1201 *et seq*. and Count    alleges breach of contract under Maryland law.  FAC Counts I-  .

Even construing the facts in the light most favorable to JET, the claims against J.F. Taylor are legally unsupportable and should be dismissed under Rule 12(b)(6).

### A.    St nd rd o  R vi

On a Rule 12(b)(6) motion to dismiss, only "well-pleaded facts" are taken as true.  *Iqbal*, 556   .S. at 679.  A complaint cannot rely on " t hreadbare recitals of the elements of a cause of action, supported by mere conclusory statements . . . ."  *Id.* at 678 (citing *Twombly*, 550   .S. at

---

Additionally, the Court may take judicial notice of Exhibit 2 and Exhibit 3 because the accuracy of the record and copy cannot be reasonably disputed.  *See Zak v. Chelsea Therapeutics Int'l, Ltd.*, 780 F.3d 597, 607 (4th Cir. 2015).

570).  " A  plaintiff's obligation to provide the  grounds' of his  entitlement to relief' re uires more than labels and conclusions, and a formulaic recitation of the elements of a cause of action will not do." *Twombly*, 550   .S. at 555.  Though the plaintiff does not have to forecast evidence to prove the elements of the claim, the complaint must allege sufficient facts to establish each element.  *See Goss v. Bank of Am., N.A.*, 917 F.Supp.2d 445, 449 (D. Md. 2013) ( uoting *Walters v. McMahen*, 684 F.3d 435, 439 (4th Cir. 2012)).

In general, when considering a Rule 12(b)(6) motion to dismiss, a court must construe the factual allegations in the light most favorable to the plaintiff, *see Lambeth v. Bd. of Comm'rs of Davidson Cnty.*, 407 F.3d 266, 268 (4th Cir. 2005), but a court need not accept unsupported or conclusory factual allegations devoid of any reference to actual events.  *See United Black Firefighters v. Hirst*, 604 F.2d 844, 847 (4th Cir. 1979).  A court also is not obligated to accept legal conclusions couched as factual allegations.  *See Iqbal*, 556   .S. at 678 ( uoting *Twombly*, 550   .S. at 555).

 sing "upon information and belief" as a pleading device survives a motion to dismiss only "where the belief is based on factual information that makes the inference of culpability plausible."  *Glenn v. Wells Fargo Bank, N.A.*, No. C   DKC 15-3058, 2016 WL 3570274, at  9 (D. Md. July 1, 2016).  A plaintiff "may not rely exclusively on conclusory allegations of unlawful conduct, even where alleged  upon information and belief.'"  *Id.  see also Twombly*, 550   .S. at 551, 557 (declining to take as true the conclusory allegation "upon information and belief" that the companies had entered a conspiracy without enough facts to make that statement plausible).

When deciding the issues presented in a Rule 12(b)(6) motion, it is proper for a court to consider what is attached to the complaint and documents attached to a motion to dismiss when "they are integral to the complaint and authentic."  *View Point*, 9 F.Supp.3d at 598 ( uoting *Philips*

8

*v. Pitt Cnty. Mem. Hosp.*, 572 F.3d 176, 180 (4th Cir. 2009)).  A document integral to the complaint is one "that by its  very existence, *and not the mere information it contains,* gives rise to the legal rights asserted.'"  *View Point*, 9 F.Supp.3d at 598 ( uoting *Chesapeake Bay Found., Inc. v. Severstal Sparrows Point, LLC*, 794 F.Supp.2d 602, 611 (D. Md. 2011)) (emphasis in original). Courts may also consider "documents which are referred to in the complaint and upon which Plaintiff relies in bringing the action" when deciding a motion to dismiss.  *Id.* (citing *Biospherics, Inc. v. Forbes, Inc.*, 989 F.Supp. 748, 749-50 (D. Md. 1997), *aff'd*, 151 F.3d 180 (4th Cir. 1998)).

On judicial notice, the Fourth Circuit has explained that "courts at any stage of a proceeding may judicially notice a fact that is not subject to reasonable dispute, provided that the fact is generally known within the court's territorial jurisdiction or can be accurately and readily determined from sources whose accuracy cannot reasonably be  uestioned."  *Zak*, 780 F.3d at 607 (internal marks omitted).

**B.     JET H  Not All  d An Pl  i l  Viol tion  in t   Fir t A  nd d Co  l int to S  rviv  t i Motion to Di  i**

1.   JET's Claims Should Be Dismissed Because the Clear and   nambiguous Language of the Purchase Order Makes Acceptance of JET's Software Conditioned on Inspection

JET's breach of contract claim is premised on the assertion that JET "fulfilled all conditions precedent" under the Purchase Order and is therefore entitled to "relative performance by  J.F. Taylor ."  FAC   79.  JET's remaining claims of copyright, trade secret misappropriation, and conversion are all based on alleged copying performed by J.F. Taylor after it received JET's software from the Government but before J.F. Taylor returned the software to JET. *Id.*   34, 35. Each of these claims, however, fail as a matter of law because each claim ignores the clear

language of the Purchase Agreement that provides the Government and J.F. Taylor an opportunity to inspect any items before accepting such items:[5]

### 1. In     ction Acc   t nc

The seller shall only tender for acceptance those items that conform to the re uirements of this order. **T        r r   rv  t  ri  t to in   ct or t  t n         li  or  rvic  t  t  v    n t nd r d  or  cc  t nc .** The buyer may re uire repair or replacement of nonconforming supplies or reperformance of nonconforming services at no increase in contract price. The buyer must exercise its post-acceptance rights (1) within a reasonable time after the defect was discovered or should have been discovered and (2) before any substantial change occurs in the condition of the item, unless the change is due to the defect in the item.

The  .S. Government may engage in the same inspection activities as J.F. Taylor, Inc.

Dkt. No. 1-6, Ex. D to Compl. at 2 (emphasis added). Inspection before acceptance is precisely what occurred: JET provided its software to the Government for acceptance. FAC   23. The Government inspected the software and, pursuant to its rights under the agreement, exercised its right not to accept the software and returned it. Dkt. No. 1-17, Ex. O to Compl.

The First Amended Complaint provides no allegation that J.F. Taylor was re uired to accept JET's software simply because JET provided it to J.F. Taylor. Instead, the First Amended Complaint makes clear that J.F. Taylor and the Government had "the right to inspect" prior to accepting any tendered item. Dkt. No. 1-6, Ex. D to Compl. Further, JET's allegation that improper copies were made fails as a matter of law, as any such copies would have been made pursuant to J.F. Taylor's "right to inspect." FAC   35 Dkt. No. 1-10, Ex.   to Compl. Dkt. No. 1-15, Ex. M to Compl. Gorton Decl. Ex. 1, Show Cause Letter. As such, all of JET's claims should be dismissed on this reason alone.

---

[5] JET does not dispute that J.F. Taylor's standard terms and conditions apply to the Purchase Order. *See* FAC   16.

JET's position on Section 1's inspection right:  ignore it.  The First Amended Complaint offers no explanation as to why the inspection of JET's software was not authori ed through Section 1 of the Purchase Order.  Section 1 cannot be ignored, and JET's conclusory allegation to the contrary cannot change Section 1's legal import.  JET's claims of copyright infringement, trade secret misappropriation, and conversion must, therefore, be dismissed.

<p style="text-align:center">2.    <u>Plaintiff's Trade Secret Claims Fail as a Matter of Law</u></p>

JET asserts two trade secret misappropriation claims.  Count II alleges misappropriation of trade secrets under the DTSA, 18   .S.C.     1836 *et seq.*, and Count I   under the M  TSA, MD. Code, Com. Law     11-1201 *et seq.*  FAC Counts II and I   .  To establish misappropriation of a trade secret under federal law and Maryland state law, JET must demonstrate that its software products and documentation are trade secrets and that those trade secrets were misappropriated. *See* 18   .S.C.     1836(b)(1), 1839(3), 1839(5)  Md. Code Ann., Com. Law    11-201(c).    nder both the M  TSA and DTSA, a plaintiff is re  uired to identify, with specificity, the information it claims to be a trade secret.  *Albert S. Smyth Co., Inc. v. Motes*, No. C   CCB-17-677, 2020 WL 4471524, at  3 (D. Md. Aug. 3, 2020).

ere, JET's threadbare statements contained in the First Amended Complaint do not state a plausible claim under the DTSA or M  TSA because (1) the vague and broad assertion that its "software products and documentation are trade secrets" fails to sufficiently plead that this information constitutes trade secrets  and (2) beyond merely reciting the statutory definition of misappropriation, JET provides no factual allegations concerning any improper ac uisition, alleged use, or disclosure of JET's "software products and documentation."[6]

---

[6] The reason JET cannot make this allegation is because J.F. Taylor never accessed or copied JET's software  therefore, did not ac uire, disclose, or use JET's software.

Lastly, any claims of trade secret misappropriation as to the portion of JET's software deposited with the Copyright Office must be dismissed, as publicly depositing that portion of code vitiates any trade secret protection.

<blockquote>a.   <u>JET Fails to Identify Its Trade Secrets with Sufficient Particularity Therefore, Fails to Allege the Existence of Any Trade Secrets</u></blockquote>

JET alleges that " JET's  software products and documentation are trade secrets."  FAC 57, 69.  JET's overbroad assertion, however, fails to pass muster under a motion to dismiss as a matter of law.  Both the M  TSA and DTSA re uire JET to identify, with specificity, the information it claims to be a trade secret.  "It is axiomatic that a plaintiff asserting a misappropriation of trade secrets claim must identify the alleged trade secrets with sufficient precision."  *Albert S. Smyth Co.*, 2020 WL 4471524, at  3  *see Trandes Corp. v. Guy F. Atkinson Co.*, 996 F.2d 655, 661 (4th Cir. 1993) (in the context of a M  TSA claim, a plaintiff must identify, with particularity, each trade secret it claims the defendant misappropriated)  *accord Steves & Sons, Inc. v. JELD-WEN, Inc.*, No. 3:16-C  -545, 2018 WL 1796293, at  7 (E.D.  a. Apr. 16, 2018) (applying the *Trandes* particularity re uirement to a DTSA claim and citing cases)  *see also Composite Marine Propellers, Inc. v. Van Der Woude*, 962 F.2d 1263, 1266 (7th Cir. 1992) ("It is not enough to point to broad areas . . . and assert that something there must have been secret and misappropriated.  The plaintiff must show concrete secrets.").

Beyond showing that information "could  ualify as trade secrets," a plaintiff still must "produc e  *some* evidence that  the information  me ets  the definition of a trade secret."  *See Trandes*, 996 F.2d at 661 (emphasis in original).   ere, JET has provided no factual allegations to support its conclusion that the "software products and documentation" are trade secrets  instead, JET provides conclusory statements that merely mimic the statutory definition of what constitutes a trade secret, interjected with legal conclusions such as "JET has taken reasonable measures to

keep the alleged trade secrets secret" "J.F. Taylor can obtain economic value from the disclosure or use of the alleged trade secrets ." *See* FAC 57. JET, however, provides no factual support explaining what or when any purported reasonable measures were taken or how these purported trade secrets have any economic value driven by their supposed secrecy. JET's allegations for asserting its software products and documentation are entitled to trade secret protection under the M TSA has even less support, as JET merely states its "software products and documentation are trade secrets as defined in Md. Commercial Code, 11-1201(e)" and then proceeds to recite portions of the statute.

JET's failure (again) to define the contours of those supposed rights re uires that its trade secret misappropriation claims be dismissed.

      b.   <u>JET Fails to Plausibly Allege Misappropriation of Any Trade Secrets</u>

Assuming JET's software products and documentation are entitled protection under the DTSA or M TSA, the First Amended Complaint fails to plausibly allege any misappropriation of such information.

First, as stated above in Section III.B.1, any alleged use of JET's software by J.F. Taylor was in fact authori ed by the Purchase Order. For this reason alone, JET's assertion of misappropriation fails.

Second, JET's allegations cannot support its claims of misappropriation sufficient to survive a motion to dismiss. Like above with respect to identifying and pleading the existence of trade secrets, JET provides no factual assertions as to any alleged improper ac uisition, disclosure, or use of the alleged trade secrets. FAC 59, 70. Instead, JET again provides legal conclusions by asserting without factual allegations that "J.F. Taylor misappropriated Plaintiff's proprietary ALF software and products and documentation" followed by the respective definitions of

misappropriation. *Id.* JET does not identify or explain how J.F. Taylor improperly ac uired or used such alleged trade secrets or to whom J.F. Taylor allegedly disclosed them. These bare accusations do not sufficiently allege or meet the necessary elements of the claim that J.F. Taylor misappropriated a trade secret under either the DTSA or M TSA. *See TECH USA, Inc. v. Milligan*, No. C RDB-20-0310, 2021 WL 795151, at 7 (D. Md. Mar. 1, 2021) (dismissing plaintiff's trade secret misappropriation claim because the "bare allegation" that defendant disclosed alleged trade secrets was "insufficient to state a plausible claim") *see also id.* at 5 ("This Court has clearly held that the mere ability to access a trade secret is not sufficient to constitute misappropriation under the DTSA.").

        c.    JET's Deposit of a Portion of its Software at the Copyright Office Made that Portion Readily Ascertainable, itiating Trade Secret Protection

The M TSA and DTSA dictate that trade secret protection does not attach to information that is "readily ascertainable." Md. Code, Com. Law 11-1201(e) 18 .S.C. 1839(3). JET's publication of a portion of its software through its registration of its copyright made that portion "readily ascertainable" to the public, thereby eliminating any purported trade secret rights in that portion. *See* 17 .S.C. 705(b).

The Copyright Office's full record of JET's copyright registration is attached as Renewed Gorton Declaration Exhibit 2. Copyright registration of software, like other works, re uires that a copy or other "identifying material" be deposited in the Copyright Office. 17 .S.C. 408(b)-(c)(1). The purpose of the deposit re uirement is to ensure that the Register of Copyrights can determine whether "the material deposited constitutes copyrightable subject matter." *Id.* at 410(a). By statute, deposits submitted to the Copyright Office "shall be open to public inspection." *Id.* at 705(b). According to the First Amended Complaint, JET filed a portion of its software with the Copyright Office as a deposit. That deposit is publicly available and accessible. *See*

Gorton Decl. Ex. 3, Copy of the Deposit of Copyright Registration No. T 9-384-065 *see also*

FAC 33 ("JET has registered its copyright in the software code for its proprietary Adaptive

Layer Framework software . . . ."), 49 ("Plaintiff has registered its copyright in the software code

for its proprietary ALF software.").  Accordingly, the portion of the software that JET deposited

with the Copyright Office does not contain trade secret information and cannot be misappropriated.

*PaySys Int'l, Inc. v. Atos Se*, No. 14-C -10105 (KBF), 2016 WL 7116132, at 8 (S.D.N.Y. Dec.

5, 2016) ("The Copyright Office has specific procedures to protect trade secrets . . . . Such

procedures provide redactions, *inter alia*, in order to protect trade secret material. . . . Failure to

abide by such procedures  by, for instance, depositing copies without redaction  renders the

deposited material publicly accessible and vitiates a trade secret claim.") (citations omitted) *see*

*also Capricorn Mgmt. Sys., Inc. v. Gov't Emps. Ins. Co.*, No. 15-C -2926 (DR )(SIL), 2020 WL

1242616, at 9 (E.D.N.Y. Mar. 16, 2020) ("The deposit of source code without redaction vitiates

a trade secret claim.")  *KEMA, Inc. v. Koperwhats*, 658 F.Supp.2d 1022, 1030-31 (N.D. Cal. 2009)

(finding failure to file under trade secret designation fatal to trade secret claim)  *Mobile Active*

*Def., Inc. v. Los Angeles Unified Sch. Dist.*, No. C 1508762RGKGJS , 2015 WL 12860491, at

5 (C.D. Cal. Dec. 14, 2015).

Further, the T 9-384-065 Full Record states that the "Publication Date" of JET's software

was August 8, 2022.  Gorton Decl. Ex. 2.  "Publication" is defined in the Copyright Act as "the

distribution of copies . . . of a work to the public by sale or other transfer of ownership, or by rental,

lease, or lending." 17 .S.C. 101.  "The legislative history and reports of the 1976 Copyright

Act define "to the public" as distribution to persons under no explicit or implicit restrictions with

respect to disclosure of the contents.'" *Metro. Reg'l Info. Sys., Inc. v. Am. Home Realty Network,*

*Inc.*, 948 F.Supp.2d 538, 559 (D. Md. 2013).

3.     The Claims Based on JET's Single, nsupported " pon Information and Belief" Allegation Cannot Survive a Motion to Dismiss

JET's claims of copyright infringement, trade secret misappropriation, and conversion rest on JET's single, unsupported conclusion alleged in the First Amended Complaint that "before returning the software, upon information and belief, . . . J.F. Taylor . . . made unauthori ed copies in violation of JET's registered copyright in the software and constituting misappropriation of trade secrets and conversion." *See* FAC 35, Counts I-I .

As the law well-recogni es, JET is not entitled to "rely exclusively on conclusory allegations of unlawful conduct, even where alleged upon information and belief.'" *See Glenn*, 2016 WL 3570274, at 9, *see also Flexpand, LLC v. CREAM, Inc.*, No. C 19-0878 SBA, 2020 WL 13504975, at 7 (N.D. Cal. Sept. 9, 2020).

JET's claims of copyright infringement, trade secret misappropriation, and conversion, therefore, should be dismissed. *Flexpand*, 2020 WL 13504975, at 7 ("CREAM alleges no facts to support its barebones accusation that Flexpand and Martine accessed its computer system without authori ation. The Court thus finds that CREAM has failed to sufficiently allege that Flexpand improperly ac uired any of CREAM's trade secrets.") *Resnick v. City of Troy*, No. 2:17C 815-ECM, 2019 WL 2092567, at 6 (M.D. Ala. May 13, 2019) ("The Plaintiffs' assertion based on information and belief' without any supporting facts is simply insufficient to support a claim that any actions by the Defendants occurred after the effective date of the DTSA.") *Burroughs Payment Sys., Inc. v. Symco Grp., Inc.*, No. 1:10-C -03029-JEC, 2011 WL 13217738, at 3 (N.D. Ga. Dec. 13, 2011) (granting defendant's motion to dismiss, noting "plaintiff's thin allegation that defendant, upon information and belief, copied its software by servicing plaintiff's products").

16

4.    The Copyright Act Preempts Plaintiff's Conversion Claim

The Copyright Act preempts JET's common law conversion claim.  *See* 17 .S.C. 301(a)

*U.S. ex. rel Berge v. Bd. Trustees Univ. Ala.*, 104 F.3d 1453, 1463-64 (4th Cir. 1997)  *see, e.g.,*

*LTVN Holdings, LLC v. Odeh*, No. CI .A.CCB-09-789, 2010 WL 2612690, at  6 (D. Md. June 25,

2010) (holding a conversion claim preempted by the Copyright Act where the claim alleged that

the defendants took the videos from the plaintiffs' possession without permission)  *Madison River*

*Mgmt. Co. v. Bus. Mgmt. Software Corp.*, 351 F.Supp.2d 436, 444-45 (M.D.N.C. 2005) (holding

a conversion claim preempted by the Copyright Act where the claim involved the unauthori ed

use of an intangible software program).  For preemption to apply, a two-prong test must be met:

(1) the work must be "within the scope of the subject-matter of copyright as specified in 17 .S.C.

102, 103" and (2) the "rights granted under state law must be e uivalent to any exclusive rights

within the scope of federal copyright as set out in 17 .S.C.  106." *Bd. Trustees Univ. Ala.*, 104

F.3d at 1463 (internal  uotation marks omitted).  A conversion claim is preempted "where the

plaintiff alleges only the unlawful retention of its intellectual property rights and not the unlawful

retention of the tangible object embodying its work." *Id.*

Applying the above standard, it is clear that the Copyright Act preempts JET's common

law conversion claim.   ere, JET's work   its software   falls within the scope of the subject-

matter of copyright.[7] FAC   33. JET alleges that J.F. Taylor converted its software "  b y obtaining

and using the CDs containing  Plaintiff's  proprietary software without its permission." *Id.* at  66.

This claim does not allege that J.F. Taylor converted any physical object.  Instead, JET admits that

J.F. Taylor returned the CDs that JET previously had given to the Government. *Id.* at  34.

---

[7] For purposes of this Motion only, it is assumed that JET's copyright is within the scope of the
subject-matter of copyright as specified in 17 .S.C.  102 and 103 and that JET's copyright
registration was proper under the  .S. Copyright Act.

Accordingly, JET's claim for conversion is preempted by the Copyright Act and should be dismissed.

**C.     T   Fir t A   nd d Co   l int S   o   ld     Di   i   d   it Pr   dic  B   c     F   rt   r A    nd   nt i F   til**

JET's First Amended Complaint is a prime example of a complaint that should be dismissed with prejudice because any further amendment will not resolve the issues in the pleading.   Although Rule 15(a)(2) allows amendments to be freely granted when justice so re uires, it is within the district court's discretion to dismiss a complaint with prejudice.  *Virella v. M.B.G. Enters. Inc.*, No. C   RDB-21-1844, 2022 WL 36452, at  2 n.3 (D. Md. Jan. 4, 2022) ("The determination whether to dismiss with or without prejudice under Rule 12(b)(6) is within the discretion of the district court.")  *see also Carter v. Norfolk Cmty. Hosp. Ass'n, Inc.*, 761 F.2d 970, 974 (4th Cir. 1985) (same).  As is relevant here, leave to amend should be refused in situations of bad faith, dilatory motive, undue prejudice to a defendant, or futility of amendment.  *See Glaser v. Enzo Biochem, Inc.*, 126 Fed. App'x 593, (4th Cir. 2005) ( uoting *Foman v. Davis*, 371  .S. 178, 182 (1962)).  " D ismissal with prejudice is proper if there is no set of facts the plaintiff could present to support his claim." *Weigel v. Maryland*, 950 F.Supp.2d 811, 826 (D. Md. 2013)  *see also Chacko v. Preston*, No. 23cv551, 2024 WL 943455, at   6 (E.D.   a. Mar. 5, 2024) ("When a court has confirmed that all the facts are before it and a court is satisfied that it is familiar with the entirety of the circumstances surrounding a plaintiff's demands, a court may refuse to grant leave to amend due to futility.").

aving now filed its complaint twice without meeting the necessary pleading re uirements (and having the list of those deficiencies at hand), JET has made clear that it does not have the re uired information that would resolve the pleading deficiencies in the First Amended Complaint. Each and every Count in the First Amended Complaint is deficient under Rules 8 and 12(b)(6).

Yet, the vast majority of the additional allegations that JET included in the First Amended Complaint are not related to J.F. Taylor or J.F. Taylor's actions, but are allegations that the *Government* supposedly did. *See, e.g.*, FAC    9 ("The    nited States Navy (   SN') has a continuing interest in Plaintiff's Adaptive Layer Framework products")  10 ("The inclusion of Plaintiff's ALF in the    SN's CAMP 2020 as the primary software framework solution and the fact that money was obligated demonstrated a long-term intent for the    SN to use Plaintiff's products")  43 (" the Government  was sufficiently aware of JET's Systems interest in protecting its proprietary intellectual property").

Therefore, dismissal with prejudice is appropriate considering the circumstances of this case.  If there are facts that support any of JET's claims, JET knows them and should have included them in the First Amended Complaint.  As there are no allegations pleaded to demonstrate any violations of law, it is a reasonable conclusion that no such facts exist.  To the extent that the Court has   uestions about whether there are facts that exist   facts that JET did not include in its Initial Complaint or First Amended Complaint   JET will have the opportunity in a response to this Motion to tell the Court directly whether there are additional facts that JET could plead to plausibly allege any of the Counts in the First Amended Complaint.

In sum, any amendment would be futile, and the Complaint should be dismissed with prejudice.

**D.    T   Fir t A   nd d Co   l int i   n I   ro   r S ot   n Pl   din**

JET's First Amended Complaint is an improper shotgun pleading, and should be dismissed for that independent reason as well.  Rule 8(a)(2) re  uires that a complaint contain "a short and plain statement of the claim showing that the pleader is entitled to relief."  Where a complaint instead includes extensive allegations that are not tied to specific theories of liability, but rather re  uires litigants to sift through the entire complaint in order to identify specific relevant

allegations, such complaints are improper shotgun pleadings that fail to notify defendants of claims against them.  *See Lee v. Meyers*, No. EL  -21-1589, 2022 WL 252960, at   11 (D. Md. Jan. 27, 2022)  *Jackson v. Warning*, No. C   PJM 15-1233, 2016 WL 7228866, at   4 (D. Md. Dec. 13, 2016) ("A complaint which fails to articulate claims with sufficient clarity to allow the defendant to  frame  a  responsive  pleading . . . or   one  in  which   it  is  virtually  impossible  to  know  which allegations of fact are intended to support which claims for relief constitutes a shotgun pleading.") (internal marks omitted))  *see also Sewraz v. Morchower*, No. 08-cv-100, 2009 WL 211578, at   1 (E.D.   a. Jan. 28, 2009)  *Jackson v. Olsen*, No. 09-cv-43, 2010 WL 724023, at   6 n.5 (E.D.   a. Mar. 1, 2010).

The first allegation in each of the counts in the First Amended Complaint states, "Plaintiff incorporates herein all allegations contained in the foregoing Paragraphs 1-      ." FAC    48, 56, 63, 68, 74.  This Court and others have determined that such incorporation of each allegation into the subse ent count renders a pleading an improper shotgun pleading.  *See, e.g.*, *Howes v. SN Servicing Corp.*, No. CCB-20-670, 2021 WL 878354, at   8 (D. Md. Mar. 9, 2021)  *Sewraz*, 2009 WL 211578, at   1 ("The sixteen causes of action are all   shotgun pleadings' by which each count incorporates by reference the allegations of its predecessors.")  *see also Weiland v. Palm Beach Cty. Sheriff's Off.*, 792 F.3d 1313, 1321 (11th Cir. 2015) ("The most common type   of improper shotgun pleading   by a long shot   is a complaint containing multiple counts where each count adopts the allegations of all preceding counts, causing each successive count to carry all that came before and the last count to be a combination of the entire complaint.").  Indeed, this Court has explained  that  complaints  that  incorporate  by  reference  each  allegation  into  each  count  are "arduous reading" and "in some respects the very definition of a shotgun pleading."  *Howes*, 2021 WL 878354, at   8.

The First Amended Complaint being an improper shotgun pleading denies J.F. Taylor adequate notice of JET's claims against it.  By incorporating each and every prior paragraph into each Count, JET has made it impossible for J.F. Taylor to determine what allegations are relevant to the purported trade secrets violations versus the common law conversion claim versus the breach of contract claim.  Count  , the alleged breach of contract count, is particularly egregious as it incorporates every single one of the preceding paragraphs, which include allegations consisting entirely of legal conclusions and allegations that have nothing to do with J.F. Taylor, let alone any supposed breach of contract, including, *inter alia*: "To prove a cause of action for copyright infringement, a plaintiff must show: (1) ownership of a valid copyright, and (2) that the defendant copied the original elements of that copyrighted material.  *Lyons P'ship, L.P. v. Morris Costumes, Inc.*, 243 F.3d 789, 801 (4th Cir. 2001) (citing *Feist Publ'ns, Inc. v. Rural Tel. Serv. Co*., 499  .S. 340, 361 (1991)) , " FAC  53, and "On information and belief, Support Contract number N0042122R3013 was withdrawn from Secise Precise Systems amid allegations of unethical behavior by Secise Precise Systems , " *id*.  41.  This Court and J.F. Taylor should not be forced to parse through allegations to determine what purported facts apply to which count.

The Plaintiff's First Amended Complaint should be dismissed for this independent reason as well.[8]

## IV.   RE  UEST FOR ORAL HEARING

Pursuant to Local Rule 105.6, J.F. Taylor respectfully re  uests a hearing on its Motion to Dismiss.

---

[8] J.F. Taylor re  uests that the Court dismiss JET's First Amended Complaint as an improper shotgun pleading that fails to satisfy Rule 8.  But, to the extent that the Court deems the appropriate remedy to be ordering Plaintiff to file a more definite statement of the claims under Rule 12(e), J.F. Taylor re  uests that relief in the alternative.

## V.     CONCLUSION

For the above reasons, the Court should grant J.F. Taylor's Motion to Dismiss.


Dated:  September 4, 2024                              Respectfully Submitted,

                                                      */s/ Lyndsay A. Gorton*
                                                      Lyndsay A. Gorton, Bar No. 19457
                                                      CROWELL & MORING LLP
                                                      1001 Pennsylvania Avenue, NW
                                                      Washington, DC 20004
                                                      Tel: (202) 624-2500
                                                      Fax: (202) 628-5116
                                                      LGorton@crowell.com

                                                      Paul Keller (*Pro Hac Vice*)
                                                      James Reed (*Pro Hac Vice*)
                                                      CROWELL & MORING LLP
                                                      Two Manhattan West
                                                      375 Ninth Avenue
                                                      New York, NY 10001
                                                      Tel: (212) 443-4000
                                                      Fax: (202) 628-5116
                                                      PKeller@crowell.com
                                                      JReed@crowell.com

                                                      *Counsel for Defendant J.F. Taylor, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | | |
|---|---|---|
| JET SYSTEMS, LLC, | ) | |
| | ) | |
| Pl  inti  , | ) | |
| | ) | |
| v. | ) | Civil Action No. 8:24-cv-1628-DKC |
| | ) | |
| J.F. TAYLOR, INC., | ) | |
| | ) | |
| D   nd  nt. | ) | |
| | ) | |

**DECLARATION OF LYNDSAY A. GORTON IN SUPPORT OF
DEFENDANT J.F. TAYLOR, INC.'S MOTION TO DISMISS
PLAINTIFF'S FIRST AMENDED COMPLAINT**

I, Lyndsay A. Gorton declare as follows:

1.      I am a Counsel at the law firm Crowell & Moring LLP and counsel for Defendant

J.F. Taylor, Inc. ("J.F. Taylor") in the above-captioned litigation.  I submit this Declaration in

support of Defendant J.F. Taylor's Motion to Dismiss Plaintiff's First Amended Complaint and

Memorandum in Support.

2.      Attached as Exhibit 1 to this Declaration is a true and correct copy of

correspondence from Wayne D. Taylor to Scott Jaster dated December 2, 2022 regarding

"Purchase Order No. 309975 Show Cause Notice."

3.      Attached as Exhibit 2 to this Declaration is a true and correct copy of the Full

Record for copyright registration number T   9-384-065 (accessible at

https:  cocatalog.loc.gov cgi-

bin Pwebrecon.cgi Search_Arg_T_0009384065&Search_Code_REGS&PID_w_k__-

vFxi__v0Pt_sA9_IGJx5&SE__20240729155540&CNT_25&_IST_1).

4.      Attached as Exhibit 3 to this Declaration is a true and correct copy of the deposit

submitted by JET Systems, LLC to the United States Copyright Office in connection with

copyright registration number TX 9-384-065.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated this 4th day of September, 2024.

_____
Lyndsay A. Gorton

2

# EXHIBIT 1



December 2, 2022

Via E-mail

Mr. Scott Jaster
JET Systems, LLC
48015-1 Pine Hill Run Rd.
Lexington Park, MD 20653
sjaster@myjetsystems.com

Re:     Purchase Order No. 309975
        Show Cause Notice

Dear Mr. Jaster:

On November 14, 2022, J.F. Taylor, Inc. (J.F. Taylor) provided a Notice of Breach to JET
Systems, LLC (JET), advising of serious concerns regarding software deliveries from JET to the
United States Government in relation to Purchase Order number 309975 (Purchase Order). With
that Notice of Breach, J.F. Taylor enclosed a copy of the Government's letter of concern,
detailing the Government's rejection of the JET deliveries based upon its determination that the
baseline ALF software is not complete and does not constitute the required baseline software
framework. J.F. Taylor further provided JET until November 23, 2022 to cure the breach, which
was subsequently extended to December 2, 2022. By email on November 17, 2022, JET
provided a response to the Notice of Breach and the Government's findings. After review and
consideration of the information provided, it is apparent that JET has not met its obligations
under the Purchase Order. As a result, J.F. Taylor is considering termination of the Purchase
Order for cause.

The Purchase Order required JET to deliver the "Baseline ALF Software, to include build
instructions, all binaries, source code, specify software/hardware dependencies, and container
images." As JET also is aware from the Purchase Order and communications with the
Government and J.F. Taylor prior to issuance of the Purchase Order, the purposes of acquiring
JET's Adaptive Layer Framework (ALF) included obtaining an existing software framework that
would be reusable and platform agnostic, and that avoided the problems of dependencies upon
proprietary systems and vendor lock. These also are basic characteristics of a software
framework. These also are characteristics that JET represented its "Adaptive Layer Framework"
software to have, and that JET expressly advertises. What JET has delivered, however,
represents neither the Baseline ALF Software nor such a reusable framework.

By JET's own definitions and admissions, the delivered product does not represent the Baseline
ALF. For example, the ALF Architectural Design Document (ADD) states that "ALF is a

modular and extensible framework that consist of ALF Core, ALF SDK [Software Development Kit], ALF Apps, and ALF Products." But the Government has determined that the JET delivery is missing ALF CORE, ALF SDK, and ALF Apps. In its November 17 response, JET also admits that it has not delivered these major components of the ALF.

Moreover, JET appears to suggest that components necessary for the ALF to be utilized as the Government intended, such as ALF CORE, ALF SDK, and ALF Apps, might not even have been completed by JET, stating for example that the "delivered ADD was a snapshot in time of overall architectural planning, subject to growth and change over time, and included POSSIBLE future planning language and references." Rather than offering to provide these necessary items, JET suggests further that it can remove such "extraneous references."

Regardless of whether the delivered product represents the baseline ALF, by JET's own admissions it does not provide a reusable framework. Rather than being platform-agnostic, JET has delivered software and artifacts for the ALF PowerPC 653 product that is tied to a specific operating system (VxWorks) and specific hardware (e.g., the Curtiss-Wright Power PC Processor, the Alta Data XMC-MA4 module, and the Network Attached Storage (NAS) module). This makes the delivered ALF not easily portable or reusable for other platforms. Furthermore, the delivered product has no distinction between parts of the codebase that are not intended to change (the purported framework) versus those that the user would modify when tailoring the delivered product. It appears therefore that JET has provided a customized, hard-coded software product for a specific environment, not a platform-agnostic reusable framework. JET's suggestion that it be contracted to "continue to work the effort," and make source-code modifications that would be necessary for use of the product with any other platform, only further supports that conclusion.

J.F. Taylor considers JET to be in breach of the Purchase Order requirement to deliver the Baseline ALF Software and in breach of JET's express and implied warranties of merchantability and fitness for purpose. Because JET has failed to meet its obligations under the Purchase Order within the time prescribed under the Purchase Order, J.F. Taylor is considering terminating the Purchase Order for cause, pursuant to Section 13 of the applicable J.F. Taylor Standard Terms and Conditions. JET is reminded that, in the event of termination for cause, JET will be liable to J.F. Taylor for any and all rights and remedies provided by law.

Accordingly, without waiving any rights, including the right to terminate with or without further notice, J.F. Taylor invites JET to show any reason that it should not be terminated for cause. Any such showing is requested in writing no later than Wednesday, December 7, 2022.

Sincerely,

Wayne D. Taylor
President

# EXHIBIT 2

```
Type of Work:         Text

Registration Number / Date:
                      TX0009384065 / 2024-04-25

Application Title: Adaptive Layer Framework.

Title:                Adaptive Layer Framework.

Description:          Electronic file (eservice)

Copyright Claimant:
                      Jet Systems LLC.

Date of Creation:  2021

Date of Publication:
                      2022-08-08

Nation of First Publication:
                      United States

Authorship on Application:
                      Jet Systems LLC, employer for hire; Citizenship: United
                         States. Authorship: computer program.

Rights and Permissions:
                      Scotty Jaster, Jet Systems LLC, 48015-1 Pine Hill Run Rd,
                         Lexington Park, MD, 20653, (240) 925-5908,
                         sjaster@myjetsystems.com

Copyright Note:    C.O. correspondence.

Names:                Jet Systems LLC
```

===============================================================================

# EXHIBIT 3



# COPY OF E-FILE DEPOSIT

## TX 9-384-065

### (SR 1-13767583631)

Note: Deposits submitted electronically bear no identifying marks.

Document file - DO NOT EDIT

```
<BEGIN> 653POS
0
<END>

<BEGIN> BSP_DIR
$(TGT_DIR)/config/cwv152r110
<END>

<BEGIN> BUILD_RULE_UCODE_OBJLIST = $(UCODE_BINLIST
{UCODE_OBJLIST = $(UCODE_BINLIST:.bin=.obj)}
<END>

<BEGIN> BUILD_RULE_bspFpga.o
{bspFpga.o \
    : \
    $(TGT_DIR)/config/cwv152r110/bspFpga.c} \
    {$(CC) \
    $(OPTION_OBJECT_ONLY) \
    $(CFLAGS) \
    $(CFLAGS_OPTIONS_ALL) \
    $(PROJECT_BSP_FLAGS_EXTRA) \
    $(TGT_DIR)/config/cwv152r110/bspFpga.c \
    -o \
    $@}
<END>

<BEGIN> BUILD_RULE_bspGpio.o
{bspGpio.o \
    : \
    $(TGT_DIR)/config/cwv152r110/bspGpio.c} \
    {$(CC) \
    $(OPTION_OBJECT_ONLY) \
    $(CFLAGS) \
    $(CFLAGS_OPTIONS_ALL) \
    $(PROJECT_BSP_FLAGS_EXTRA) \
    $(TGT_DIR)/config/cwv152r110/bspGpio.c \
    -o \
    $@}
<END>

<BEGIN> BUILD_RULE_bspSerial.o
{bspSerial.o \
    : \
    $(TGT_DIR)/config/cwv152r110/bspSerial.c} \
    {$(CC) \
    $(OPTION_OBJECT_ONLY) \
    $(CFLAGS) \
    $(CFLAGS_OPTIONS_ALL) \
    $(PROJECT_BSP_FLAGS_EXTRA) \
    $(TGT_DIR)/config/cwv152r110/bspSerial.c \
    -o \
```

```
    $@}
<END>

<BEGIN> BUILD_RULE_flashLib
{flashLib: \
    ipcom_ipdomain} \
    {# \
    Build \
    the \
    Non-CERT \
    version} \
    {$(MAKE) \
    -f \
    $(PRJ_DIR)/Makefile \
    TOOL=$(TOOL) \
    drv/flash/bspFlashDrv.o} \
    {$(MV) \
    bspFlashDrv.o \
    drv/flash/bspFlashDrv.out} \
    {# \
    Build \
    the \
    CERT \
    version} \
    {$(MAKE) \
    -f \
    $(PRJ_DIR)/Makefile \
    TOOL=$(TOOL) \
    VXBUILD=CERT \
    drv/flash/bspFlashDrv.o} \
    {$(MV) \
    drv/flash/bspFlashDrv.o \
    drv/flash/bspFlashDrv_cert.out}
<END>

<BEGIN> BUILD_RULE_fslDdrCtlr.o
fslDdrCtlr.o: \
    {$(AR) \
    -x \
    $(TGT_DIR)/lib/ppc/PPC32/common/libdrv.a \
    fslDdrCtlr.o}
<END>

<BEGIN> BUILD_RULE_fsl_fman_ucode_%.obj
{fsl_fman_ucode_%.obj: \
    fsl_fman_ucode_%.bin} \
    objcopyppc\ \
    -I\ \
    binary\ \
    -O\ \
    elf32-powerpc-vxworks\ \
    \\ \
    --redefine-sym\ \
    \$(call\ \
```

```
    substring,\$<,start)=\$(call\ \
    substring,\$(notdir\ \
    \$<),start)\ \
    \\ \
    --redefine-sym\ \
    \$(call\ \
    substring,\$<,end)=\$(call\ \
    substring,\$(notdir\ \
    \$<),end)\ \
    \\ \
    -N\ \
    \$(call\ \
    substring,\$<,size)\ \
    \\ \
    {-B \
    powerpc:603 \
    $< \
    $@}
<END>

<BEGIN> BUILD_RULE_linkSyms.o
{linkSyms.o \
    : \
    $(PRJ_DIR)/linkSyms.c} \
    {$(CC) \
    $(OPTION_OBJECT_ONLY) \
    $(CFLAGS) \
    $(CFLAGS_OPTIONS_ALL) \
    $(PROJECT_BSP_FLAGS_EXTRA) \
    $(PRJ_DIR)/linkSyms.c \
    -o \
    $@}
<END>

<BEGIN> BUILD_RULE_prjConfig.o
{prjConfig.o \
    : \
    $(PRJ_DIR)/prjConfig.c} \
    {$(CC) \
    $(OPTION_OBJECT_ONLY) \
    $(CFLAGS) \
    $(CFLAGS_OPTIONS_ALL) \
    $(PROJECT_BSP_FLAGS_EXTRA) \
    $(PRJ_DIR)/prjConfig.c \
    -o \
    $@}
<END>

<BEGIN> BUILD_RULE_romInit.o
{romInit.o \
    : \
    $(TGT_DIR)/config/cwv152r110/romInit.s \
    } \
    {$(CC) \
```

```
    $(OPTION_OBJECT_ONLY) \
    $(CFLAGS_AS) \
    $(CFLAGS_AS_OPTIONS_ALL) \
    $(PROJECT_BSP_FLAGS_EXTRA) \
    $(ROM_FLAGS_EXTRA) \
    $< \
    -o \
    $@}
<END>

<BEGIN> BUILD_RULE_romStart.o
{romStart.o \
    : \
    $(TGT_DIR)/config/comps/src/romStart.c \
    } \
    {$(CC) \
    $(OPTION_OBJECT_ONLY) \
    $(CFLAGS) \
    $(CFLAGS_OPTIONS_ALL) \
    $(PROJECT_BSP_FLAGS_EXTRA) \
    $(ROM_FLAGS_EXTRA) \
    $< \
    -o \
    $@}
<END>

<BEGIN> BUILD_RULE_sysALib.o
{sysALib.o \
    : \
    $(TGT_DIR)/config/cwv152r110/sysALib.s} \
    {$(AS) \
    $(OPTION_OBJECT_ONLY) \
    $(CFLAGS_AS) \
    $(CFLAGS_AS_OPTIONS_ALL) \
    $(PROJECT_BSP_FLAGS_EXTRA) \
    $(TGT_DIR)/config/cwv152r110/sysALib.s \
    -o \
    $@}
<END>

<BEGIN> BUILD_RULE_sysLib.o
{sysLib.o \
    : \
    $(TGT_DIR)/config/cwv152r110/sysLib.c} \
    {$(CC) \
    $(OPTION_OBJECT_ONLY) \
    $(CFLAGS) \
    $(CFLAGS_OPTIONS_ALL) \
    $(PROJECT_BSP_FLAGS_EXTRA) \
    $(TGT_DIR)/config/cwv152r110/sysLib.c \
    -o \
    $@}
<END>
```

```
<BEGIN> BUILD_SOURCE_ENABLE
0
<END>

<BEGIN> BUILD__CURRENT
default
<END>

<BEGIN> BUILD__LIST
default default_rom default_romCompress default_romResident
<END>

<BEGIN> BUILD_default_MACRO_AR
arppc
<END>

<BEGIN> BUILD_default_MACRO_AS
ccppc
<END>

<BEGIN> BUILD_default_MACRO_BOOT_EXTRA

<END>

<BEGIN> BUILD_default_MACRO_BSP_OBJS
drv/diag/bspDiag.o \
    drv/mem/bspEcc.o \
    bspFpga.o \
    bspGpio.o \
    drv/i2c/bspI2C.o \
    drv/timer/bspRtc.o \
    bspSerial.o \
    drv/dio/fpgaDio.o \
    drv/timer/fpgaWDog.o \
    drv/timer/bspWatchdog.o \
    drv/mem/fsSocEcc.o \
    drv/flash/bspFlash.o \
    drv/flash/bspFlashDrv.out
<END>

<BEGIN> BUILD_default_MACRO_CC
ccppc
<END>

<BEGIN> BUILD_default_MACRO_CC_ARCH_SPEC
-mcpu=e500mc \
    -mhard-float \
    -fno-implicit-fp \
    -D_WRS_HARDWARE_FP \
    -fno-builtin \
    -mstrict-align
<END>

<BEGIN> BUILD_default_MACRO_CFLAGS
```

```
-DCPU_VARIANT=_ppc85XX_e6500 \
    -g \
    -DPPC32_fp60x \
    -mhard-float \
    -fno-implicit-fp \
    -D_WRS_HARDWARE_FP \
    -fno-builtin \
    -mstrict-align \
    -ansi \
    -fno-builtin \
    -fno-merge-constants \
    -fno-inline-small-functions \
    -fno-unit-at-a-time \
    -fno-inline-functions-called-once \
    -fno-inline-functions \
    -Wall \
    -Wsign-compare \
    -mcpu=e500mc \
    -DCPU=PPC32 \
    -DTOOL_FAMILY=gnu \
    -DTOOL=gnu \
    -DPRJ_BUILD \
    -D_WRS_KERNEL \
    @./ipcom_ipdomain \
    -DBSP_ERRNO_SUPPORT \
    -DIP_PORT_VXWORKS=667 \
    -DINET \
    -UCPU \
    -DCPU=PPC85XX \
    -UCPU_VARIANT \
    -DCPU_VARIANT=_e6500 \
    -I \
    $(PRJ_DIR) \
    -I \
    ../../libNVRAM_API \
    -I \
    ../../libTransport_API \
    -I \
    $(TGT_DIR)/config/cwv152r110 \
    -I \
    $(TGT_DIR)/h \
    -I \
    $(TGT_DIR)/config/comps/src \
    -I \
    $(TGT_DIR)/h/wrn/coreip \
    -I \
    $(TGT_DIR)/src/drv \
    -I \
    $(WIND_HOME)/components/tcfsvservice-1.1/src \
    -I \
    $(WIND_HOME)/components/tcf_agent-1.0/tcflib \
    -I \
    $(WIND_HOME)/components/tcfsvservice-1.1/osconfig/vxworks/src \
    -I \
```

```
    $(WIND_HOME)/components/tcf_agent-1.0/osconfig/vxworks/src \
    -I \
    $(WIND_HOME)/components/ip_net2-6.6/osconfig/vxworks/src \
    -I \
    $(WIND_HOME)/components/tcfsvservice-1.1/osconfig/vxworks/h \
    -I \
    $(WIND_HOME)/components/tcf_agent-1.0/osconfig/vxworks/h \
    -I \
    $(WIND_HOME)/components/ip_net2-6.6/osconfig/vxworks/h \
    -I \
    $(TGT_DIR)/src/hwif \
    -I \
    $(TGT_DIR)/src/hwif/h
<END>

<BEGIN> BUILD_default_MACRO_CFLAGS_AS
-DCPU_VARIANT=_ppc85XX_e6500 \
    -g \
    -DPPC32_fp60x \
    -mhard-float \
    -fno-implicit-fp \
    -D_WRS_HARDWARE_FP \
    -fno-builtin \
    -mstrict-align \
    -ansi \
    -fno-builtin \
    -fno-merge-constants \
    -fno-inline-small-functions \
    -fno-unit-at-a-time \
    -fno-inline-functions-called-once \
    -fno-inline-functions \
    -xassembler-with-cpp \
    -mcpu=e500mc \
    -I$(PRJ_DIR) \
    -I$(TGT_DIR)/config/cwv152r110 \
    -I$(TGT_DIR)/h \
    -I$(TGT_DIR)/config/comps/src \
    -I$(TGT_DIR)/h/wrn/coreip \
    -I$(TGT_DIR)/src/drv \
    -DCPU=PPC32 \
    -DTOOL_FAMILY=gnu \
    -DTOOL=gnu \
    -DPRJ_BUILD \
    -D_WRS_KERNEL \
    -I$(WIND_HOME)/components/tcfsvservice-1.1/src \
    -I$(WIND_HOME)/components/tcf_agent-1.0/tcflib \
    -I$(WIND_HOME)/components/tcfsvservice-1.1/osconfig/vxworks/src \
    -I$(WIND_HOME)/components/tcf_agent-1.0/osconfig/vxworks/src \
    -I$(WIND_HOME)/components/ip_net2-6.6/osconfig/vxworks/src \
    -I$(WIND_HOME)/components/tcfsvservice-1.1/osconfig/vxworks/h \
    -I$(WIND_HOME)/components/tcf_agent-1.0/osconfig/vxworks/h \
    -I$(WIND_HOME)/components/ip_net2-6.6/osconfig/vxworks/h \
    @./ipcom_ipdomain \
    -I$(TGT_DIR)/src/hwif \
```

```
    -I$(TGT_DIR)/src/hwif/h \
    -DBSP_ERRNO_SUPPORT \
    -DIP_PORT_VXWORKS=667 \
    -DINET \
    -UCPU \
    -DCPU=PPC85XX \
    -UCPU_VARIANT \
    -DCPU_VARIANT=_e6500
<END>

<BEGIN> BUILD_default_MACRO_CFLAGS_AS_PROJECT
-g \
    -mcpu=e500mc \
    -mhard-float \
    -fno-implicit-fp \
    -D_WRS_HARDWARE_FP \
    -fno-builtin \
    -mstrict-align \
    -ansi \
    -fno-builtin \
    -fno-merge-constants \
    -fno-inline-small-functions \
    -fno-unit-at-a-time \
    -fno-inline-functions-called-once \
    -fno-inline-functions \
    -I$(TGT_DIR)/config/all \
    -I$(TGT_DIR)/h \
    -I$(WIND_HOME)/components/tcfsvservice-1.1/src \
    -I$(WIND_HOME)/components/tcf_agent-1.0/tcflib \
    -I$(WIND_HOME)/components/tcfsvservice-1.1/osconfig/vxworks/src \
    -I$(WIND_HOME)/components/tcf_agent-1.0/osconfig/vxworks/src \
    -I$(WIND_HOME)/components/ip_net2-6.6/osconfig/vxworks/src \
    -I$(WIND_HOME)/components/tcfsvservice-1.1/osconfig/vxworks/h \
    -I$(WIND_HOME)/components/tcf_agent-1.0/osconfig/vxworks/h \
    -I$(WIND_HOME)/components/ip_net2-6.6/osconfig/vxworks/h \
    @./ipcom_ipdomain \
    -I$(TGT_DIR)/src/hwif \
    -I$(TGT_DIR)/src/hwif/h \
    -I. \
    -I$(TGT_DIR)/h/wrn/coreip \
    -I$(TGT_DIR)/src/config \
    -I$(TGT_DIR)/config/comps/src \
    -I$(TGT_DIR)/config/comps/src/dosfs2 \
    -I$(TGT_DIR)/src/drv \
    -DCPU=PPC32 \
    -DTOOL_FAMILY=gnu \
    -DTOOL=gnu \
    -D_WRS_KERNEL \
    -DCPU_VARIANT=_ppc85XX_e6500 \
    -DBSP_ERRNO_SUPPORT \
    -DIP_PORT_VXWORKS=667 \
    -DINET \
    -UCPU \
    -DCPU=PPC85XX \
```

```
      -UCPU_VARIANT \
      -DCPU_VARIANT=_e6500 \
      -xassembler-with-cpp
 <END>

 <BEGIN> BUILD_default_MACRO_CFLAGS_PROJECT
 -g \
      -mcpu=e500mc \
      -mhard-float \
      -fno-implicit-fp \
      -D_WRS_HARDWARE_FP \
      -fno-builtin \
      -mstrict-align \
      -ansi \
      -fno-builtin \
      -fno-merge-constants \
      -fno-inline-small-functions \
      -fno-unit-at-a-time \
      -fno-inline-functions-called-once \
      -fno-inline-functions \
      -Wall \
      -Wsign-compare \
      -I$(TGT_DIR)/config/all \
      -I$(TGT_DIR)/h \
      -I$(WIND_HOME)/components/tcfsvservice-1.1/src \
      -I$(WIND_HOME)/components/tcf_agent-1.0/tcflib \
      -I$(WIND_HOME)/components/tcfsvservice-1.1/osconfig/vxworks/src \
      -I$(WIND_HOME)/components/tcf_agent-1.0/osconfig/vxworks/src \
      -I$(WIND_HOME)/components/ip_net2-6.6/osconfig/vxworks/src \
      -I$(WIND_HOME)/components/tcfsvservice-1.1/osconfig/vxworks/h \
      -I$(WIND_HOME)/components/tcf_agent-1.0/osconfig/vxworks/h \
      -I$(WIND_HOME)/components/ip_net2-6.6/osconfig/vxworks/h \
      @./ipcom_ipdomain \
      -I$(TGT_DIR)/src/hwif \
      -I$(TGT_DIR)/src/hwif/h \
      -I. \
      -I$(TGT_DIR)/h/wrn/coreip \
      -I$(TGT_DIR)/src/config \
      -I$(TGT_DIR)/config/comps/src \
      -I$(TGT_DIR)/config/comps/src/dosfs2 \
      -I$(TGT_DIR)/src/drv \
      -DCPU=PPC32 \
      -DTOOL_FAMILY=gnu \
      -DTOOL=gnu \
      -D_WRS_KERNEL \
      -DCPU_VARIANT=_ppc85XX_e6500 \
      -DBSP_ERRNO_SUPPORT \
      -DIP_PORT_VXWORKS=667 \
      -DINET
 <END>

 <BEGIN> BUILD_default_MACRO_CPP
 ccppc -E -P
 <END>
```

```
<BEGIN> BUILD_default_MACRO_CPU_VARIANT
_ppc85XX_e6500
<END>

<BEGIN> BUILD_default_MACRO_DOC_FILES
lastRites
<END>

<BEGIN> BUILD_default_MACRO_EXTRA_MODULES
$(TGT_DIR)/config/cwv152r110/drv/diag/bspDiag.o \
    $(TGT_DIR)/config/cwv152r110/drv/mem/bspEcc.o \
    $(TGT_DIR)/config/cwv152r110/drv/i2c/bspI2C.o \
    $(TGT_DIR)/config/cwv152r110/drv/timer/bspRtc.o \
    $(TGT_DIR)/config/cwv152r110/drv/dio/fpgaDio.o \
    $(TGT_DIR)/config/cwv152r110/drv/timer/fpgaWDog.o \
    $(TGT_DIR)/config/cwv152r110/drv/timer/bspWatchdog.o \
    $(TGT_DIR)/config/cwv152r110/drv/mem/fsSocEcc.o \
    $(TGT_DIR)/config/cwv152r110/drv/flash/bspFlash.o \
    $(TGT_DIR)/config/cwv152r110/drv/flash/bspFlashDrv.out \
    $(SUB_TARGETS)
<END>

<BEGIN> BUILD_default_MACRO_HEX_FLAGS

<END>

<BEGIN> BUILD_default_MACRO_LD
ldppc
<END>

<BEGIN> BUILD_default_MACRO_LDFLAGS
-X -N -Map POS.map
<END>

<BEGIN> BUILD_default_MACRO_LD_LINK_PATH
-L$(TGT_DIR)/lib/ppc/PPC32/gnu_standard \
    -L$(TGT_DIR)/lib/ppc/PPC32/gnu_ppc85XX_e6500 \
    -L$(TGT_DIR)/lib/ppc/PPC32/common_ppc85XX_e6500 \
    -L$(TGT_DIR)/lib/ppc/PPC32/gnu \
    -L$(TGT_DIR)/lib/ppc/PPC32/common \
    -L$(WS_ROOT_DIR)/obj/vxworks653-3.0.1/krnl/lib/ppc/PPC32/gnu \
    -L$(WS_ROOT_DIR)/obj/vxworks653-3.0.1/krnl/lib/ppc/PPC32/common \
    -L$(WIND_HOME)/components/obj/vxworks-cert-6.6.7/krnl/lib/ppc/PPC32/gnu \
    -L$(WIND_HOME)/components/obj/vxworks-cert-6.6.7/krnl/lib/ppc/PPC32/common
<END>

<BEGIN> BUILD_default_MACRO_LD_PARTIAL
ccppc -r -nostdlib -Wl,-X
<END>

<BEGIN> BUILD_default_MACRO_LD_PARTIAL_FLAGS
-X -r
<END>
```

<BEGIN> BUILD_default_MACRO_LIBS
$(VX_OS_LIBS)
<END>

<BEGIN> BUILD_default_MACRO_NM
nmppc
<END>

<BEGIN> BUILD_default_MACRO_OPTION_DEFINE_MACRO
-D
<END>

<BEGIN> BUILD_default_MACRO_OPTION_DEPEND
-M -w
<END>

<BEGIN> BUILD_default_MACRO_OPTION_GENERATE_DEPENDENCY_FILE
-MD
<END>

<BEGIN> BUILD_default_MACRO_OPTION_INCLUDE_DIR
-I
<END>

<BEGIN> BUILD_default_MACRO_OPTION_LANG_C
-xc
<END>

<BEGIN> BUILD_default_MACRO_OPTION_UNDEFINE_MACRO
-U
<END>

<BEGIN> BUILD_default_MACRO_RAM_HIGH_ADRS
01800000      # RAM text/data address
<END>

<BEGIN> BUILD_default_MACRO_RAM_LOW_ADRS
00100000      # RAM text/data address
<END>

<BEGIN> BUILD_default_MACRO_RELEASE_PRJ
prj_gnu
<END>

<BEGIN> BUILD_default_MACRO_ROM_LINK_ADRS
fff00000 # ROM base address
<END>

<BEGIN> BUILD_default_MACRO_ROM_SIZE
00100000      # number of bytes of ROM space
<END>

<BEGIN> BUILD_default_MACRO_ROM_TEXT_ADRS

```
fff00100  # ROM entry address
<END>

<BEGIN> BUILD_default_MACRO_ROM_WARM_ADRS
fff00104  # ROM warm entry address
<END>

<BEGIN> BUILD_default_MACRO_SIZE
sizeppc
<END>

<BEGIN> BUILD_default_MACRO_TOOL_FAMILY
gnu
<END>

<BEGIN> BUILD_default_MACRO_UCODE_BINLIST
$(wildcard fsl_fman_ucode_*.bin)
<END>

<BEGIN> BUILD_default_MACRO_UCODE_OBJLIST
$(UCODE_BINLIST:.bin=.obj)
<END>

<BEGIN> BUILD_default_MACRO_USR_ENTRY
usrInit
<END>

<BEGIN> BUILD_default_MACRO_VMA_START
0x0
<END>

<BEGIN> BUILD_default_MACRO_substring
$(join \
     $(subst \
     x,$(subst \
     :,_,$(subst \
     -,_,$(subst \
     .,_,$(subst \
     /,_,$(1)))))),_binary_x_),$(2))
<END>

<BEGIN> BUILD_default_RO_DEPEND_PATH
{$(TGT_DIR)/h/} \
     {$(TGT_DIR)/src/} \
     {$(TGT_DIR)/config/} \
     {$(TGT_DIR)/h/wrn/coreip/}
<END>

<BEGIN> BUILD_default_TC
::tc_PPC32gnu
<END>

<BEGIN> BUILD_default_romCompress_BUILDRULE
vxWorks_romCompress
```

```
<END>

<BEGIN> BUILD_default_romCompress_MACRO_AR
arppc
<END>

<BEGIN> BUILD_default_romCompress_MACRO_AS
ccppc
<END>

<BEGIN> BUILD_default_romCompress_MACRO_BOOT_EXTRA

<END>

<BEGIN> BUILD_default_romCompress_MACRO_BSP_OBJS
drv/diag/bspDiag.o \
    drv/mem/bspEcc.o \
    bspFpga.o \
    bspGpio.o \
    drv/i2c/bspI2C.o \
    drv/timer/bspRtc.o \
    bspSerial.o \
    drv/dio/fpgaDio.o \
    drv/timer/fpgaWDog.o \
    drv/timer/bspWatchdog.o \
    drv/mem/fsSocEcc.o \
    drv/flash/bspFlash.o \
    drv/flash/bspFlashDrv.out
<END>

<BEGIN> BUILD_default_romCompress_MACRO_CC
ccppc
<END>

<BEGIN> BUILD_default_romCompress_MACRO_CC_ARCH_SPEC
-mcpu=e500mc \
    -mhard-float \
    -fno-implicit-fp \
    -D_WRS_HARDWARE_FP \
    -fno-builtin \
    -mstrict-align
<END>

<BEGIN> BUILD_default_romCompress_MACRO_CFLAGS
-DCPU_VARIANT=_ppc85XX_e6500 \
    -g \
    -DPPC32_fp60x \
    -mhard-float \
    -fno-implicit-fp \
    -D_WRS_HARDWARE_FP \
    -fno-builtin \
    -mstrict-align \
    -ansi \
    -fno-builtin \
```

```
      -fno-merge-constants \
      -fno-inline-small-functions \
      -fno-unit-at-a-time \
      -fno-inline-functions-called-once \
      -fno-inline-functions \
      -Wall \
      -Wsign-compare \
      -mcpu=e500mc \
      -I$(PRJ_DIR) \
      -I$(TGT_DIR)/config/cwv152r110 \
      -I$(TGT_DIR)/h \
      -I$(TGT_DIR)/config/comps/src \
      -I$(TGT_DIR)/h/wrn/coreip \
      -I$(TGT_DIR)/src/drv \
      -DCPU=PPC32 \
      -DTOOL_FAMILY=gnu \
      -DTOOL=gnu \
      -DPRJ_BUILD \
      -D_WRS_KERNEL \
      -I$(WIND_HOME)/components/tcfsvservice-1.1/src \
      -I$(WIND_HOME)/components/tcf_agent-1.0/tcflib \
      -I$(WIND_HOME)/components/tcfsvservice-1.1/osconfig/vxworks/src \
      -I$(WIND_HOME)/components/tcf_agent-1.0/osconfig/vxworks/src \
      -I$(WIND_HOME)/components/ip_net2-6.6/osconfig/vxworks/src \
      -I$(WIND_HOME)/components/tcfsvservice-1.1/osconfig/vxworks/h \
      -I$(WIND_HOME)/components/tcf_agent-1.0/osconfig/vxworks/h \
      -I$(WIND_HOME)/components/ip_net2-6.6/osconfig/vxworks/h \
      @./ipcom_ipdomain \
      -I$(TGT_DIR)/src/hwif \
      -I$(TGT_DIR)/src/hwif/h \
      -DBSP_ERRNO_SUPPORT \
      -DIP_PORT_VXWORKS=667 \
      -DINET \
      -UCPU \
      -DCPU=PPC85XX \
      -UCPU_VARIANT \
      -DCPU_VARIANT=_e6500
<END>

<BEGIN> BUILD_default_romCompress_MACRO_CFLAGS_AS
-DCPU_VARIANT=_ppc85XX_e6500 \
      -g \
      -DPPC32_fp60x \
      -mhard-float \
      -fno-implicit-fp \
      -D_WRS_HARDWARE_FP \
      -fno-builtin \
      -mstrict-align \
      -ansi \
      -fno-builtin \
      -fno-merge-constants \
      -fno-inline-small-functions \
      -fno-unit-at-a-time \
      -fno-inline-functions-called-once \
```

```
     -fno-inline-functions \
     -xassembler-with-cpp \
     -mcpu=e500mc \
     -I$(PRJ_DIR) \
     -I$(TGT_DIR)/config/cwv152r110 \
     -I$(TGT_DIR)/h \
     -I$(TGT_DIR)/config/comps/src \
     -I$(TGT_DIR)/h/wrn/coreip \
     -I$(TGT_DIR)/src/drv \
     -DCPU=PPC32 \
     -DTOOL_FAMILY=gnu \
     -DTOOL=gnu \
     -DPRJ_BUILD \
     -D_WRS_KERNEL \
     -I$(WIND_HOME)/components/tcfsvservice-1.1/src \
     -I$(WIND_HOME)/components/tcf_agent-1.0/tcflib \
     -I$(WIND_HOME)/components/tcfsvservice-1.1/osconfig/vxworks/src \
     -I$(WIND_HOME)/components/tcf_agent-1.0/osconfig/vxworks/src \
     -I$(WIND_HOME)/components/ip_net2-6.6/osconfig/vxworks/src \
     -I$(WIND_HOME)/components/tcfsvservice-1.1/osconfig/vxworks/h \
     -I$(WIND_HOME)/components/tcf_agent-1.0/osconfig/vxworks/h \
     -I$(WIND_HOME)/components/ip_net2-6.6/osconfig/vxworks/h \
     @./ipcom_ipdomain \
     -I$(TGT_DIR)/src/hwif \
     -I$(TGT_DIR)/src/hwif/h \
     -DBSP_ERRNO_SUPPORT \
     -DIP_PORT_VXWORKS=667 \
     -DINET \
     -UCPU \
     -DCPU=PPC85XX \
     -UCPU_VARIANT \
     -DCPU_VARIANT=_e6500
<END>

<BEGIN> BUILD_default_romCompress_MACRO_CFLAGS_AS_PROJECT
-g \
     -mcpu=e500mc \
     -mhard-float \
     -fno-implicit-fp \
     -D_WRS_HARDWARE_FP \
     -fno-builtin \
     -mstrict-align \
     -ansi \
     -fno-builtin \
     -fno-merge-constants \
     -fno-inline-small-functions \
     -fno-unit-at-a-time \
     -fno-inline-functions-called-once \
     -fno-inline-functions \
     -I$(TGT_DIR)/config/all \
     -I$(TGT_DIR)/h \
     -I$(WIND_HOME)/components/tcfsvservice-1.1/src \
     -I$(WIND_HOME)/components/tcf_agent-1.0/tcflib \
     -I$(WIND_HOME)/components/tcfsvservice-1.1/osconfig/vxworks/src \
```

```
     -I$(WIND_HOME)/components/tcf_agent-1.0/osconfig/vxworks/src \
     -I$(WIND_HOME)/components/ip_net2-6.6/osconfig/vxworks/src \
     -I$(WIND_HOME)/components/tcfsvservice-1.1/osconfig/vxworks/h \
     -I$(WIND_HOME)/components/tcf_agent-1.0/osconfig/vxworks/h \
     -I$(WIND_HOME)/components/ip_net2-6.6/osconfig/vxworks/h \
     @./ipcom_ipdomain \
     -I$(TGT_DIR)/src/hwif \
     -I$(TGT_DIR)/src/hwif/h \
     -I. \
     -I$(TGT_DIR)/h/wrn/coreip \
     -I$(TGT_DIR)/src/config \
     -I$(TGT_DIR)/config/comps/src \
     -I$(TGT_DIR)/config/comps/src/dosfs2 \
     -I$(TGT_DIR)/src/drv \
     -DCPU=PPC32 \
     -DTOOL_FAMILY=gnu \
     -DTOOL=gnu \
     -D_WRS_KERNEL \
     -DCPU_VARIANT=_ppc85XX_e6500 \
     -DBSP_ERRNO_SUPPORT \
     -DIP_PORT_VXWORKS=667 \
     -DINET \
     -UCPU \
     -DCPU=PPC85XX \
     -UCPU_VARIANT \
     -DCPU_VARIANT=_e6500 \
     -xassembler-with-cpp
<END>

<BEGIN> BUILD_default_romCompress_MACRO_CFLAGS_PROJECT
-g \
     -mcpu=e500mc \
     -mhard-float \
     -fno-implicit-fp \
     -D_WRS_HARDWARE_FP \
     -fno-builtin \
     -mstrict-align \
     -ansi \
     -fno-builtin \
     -fno-merge-constants \
     -fno-inline-small-functions \
     -fno-unit-at-a-time \
     -fno-inline-functions-called-once \
     -fno-inline-functions \
     -Wall \
     -Wsign-compare \
     -I$(TGT_DIR)/config/all \
     -I$(TGT_DIR)/h \
     -I$(WIND_HOME)/components/tcfsvservice-1.1/src \
     -I$(WIND_HOME)/components/tcf_agent-1.0/tcflib \
     -I$(WIND_HOME)/components/tcfsvservice-1.1/osconfig/vxworks/src \
     -I$(WIND_HOME)/components/tcf_agent-1.0/osconfig/vxworks/src \
     -I$(WIND_HOME)/components/ip_net2-6.6/osconfig/vxworks/src \
     -I$(WIND_HOME)/components/tcfsvservice-1.1/osconfig/vxworks/h \
```

```
    -I$(WIND_HOME)/components/tcf_agent-1.0/osconfig/vxworks/h \
    -I$(WIND_HOME)/components/ip_net2-6.6/osconfig/vxworks/h \
    @./ipcom_ipdomain \
    -I$(TGT_DIR)/src/hwif \
    -I$(TGT_DIR)/src/hwif/h \
    -I. \
    -I$(TGT_DIR)/h/wrn/coreip \
    -I$(TGT_DIR)/src/config \
    -I$(TGT_DIR)/config/comps/src \
    -I$(TGT_DIR)/config/comps/src/dosfs2 \
    -I$(TGT_DIR)/src/drv \
    -DCPU=PPC32 \
    -DTOOL_FAMILY=gnu \
    -DTOOL=gnu \
    -D_WRS_KERNEL \
    -DCPU_VARIANT=_ppc85XX_e6500 \
    -DBSP_ERRNO_SUPPORT \
    -DIP_PORT_VXWORKS=667 \
    -DINET
<END>

<BEGIN> BUILD_default_romCompress_MACRO_CPP
ccppc -E -P
<END>

<BEGIN> BUILD_default_romCompress_MACRO_CPU_VARIANT
_ppc85XX_e6500
<END>

<BEGIN> BUILD_default_romCompress_MACRO_DOC_FILES
lastRites
<END>

<BEGIN> BUILD_default_romCompress_MACRO_EXTRA_MODULES
$(TGT_DIR)/config/cwv152r110/drv/diag/bspDiag.o \
    $(TGT_DIR)/config/cwv152r110/drv/mem/bspEcc.o \
    $(TGT_DIR)/config/cwv152r110/drv/i2c/bspI2C.o \
    $(TGT_DIR)/config/cwv152r110/drv/timer/bspRtc.o \
    $(TGT_DIR)/config/cwv152r110/drv/dio/fpgaDio.o \
    $(TGT_DIR)/config/cwv152r110/drv/timer/fpgaWDog.o \
    $(TGT_DIR)/config/cwv152r110/drv/timer/bspWatchdog.o \
    $(TGT_DIR)/config/cwv152r110/drv/mem/fsSocEcc.o \
    $(TGT_DIR)/config/cwv152r110/drv/flash/bspFlash.o \
    $(TGT_DIR)/config/cwv152r110/drv/flash/bspFlashDrv.out \
    $(SUB_TARGETS)
<END>

<BEGIN> BUILD_default_romCompress_MACRO_HEX_FLAGS

<END>

<BEGIN> BUILD_default_romCompress_MACRO_LD
ldppc
<END>
```

<BEGIN> BUILD_default_romCompress_MACRO_LDFLAGS
-X -N -Map POS.map
<END>

<BEGIN> BUILD_default_romCompress_MACRO_LD_LINK_PATH
-L$(TGT_DIR)/lib/ppc/PPC32/gnu_standard \
    -L$(TGT_DIR)/lib/ppc/PPC32/gnu_ppc85XX_e6500 \
    -L$(TGT_DIR)/lib/ppc/PPC32/common_ppc85XX_e6500 \
    -L$(TGT_DIR)/lib/ppc/PPC32/gnu \
    -L$(TGT_DIR)/lib/ppc/PPC32/common \
    -L$(WS_ROOT_DIR)/obj/vxworks653-3.0.1/krnl/lib/ppc/PPC32/gnu \
    -L$(WS_ROOT_DIR)/obj/vxworks653-3.0.1/krnl/lib/ppc/PPC32/common \
    -L$(WIND_HOME)/components/obj/vxworks-cert-6.6.7/krnl/lib/ppc/PPC32/gnu \
    -L$(WIND_HOME)/components/obj/vxworks-cert-6.6.7/krnl/lib/ppc/PPC32/common
<END>

<BEGIN> BUILD_default_romCompress_MACRO_LD_PARTIAL
ccppc -r -nostdlib -Wl,-X
<END>

<BEGIN> BUILD_default_romCompress_MACRO_LD_PARTIAL_FLAGS
-X -r
<END>

<BEGIN> BUILD_default_romCompress_MACRO_LIBS
$(VX_OS_LIBS)
<END>

<BEGIN> BUILD_default_romCompress_MACRO_NM
nmppc
<END>

<BEGIN> BUILD_default_romCompress_MACRO_OPTION_DEFINE_MACRO
-D
<END>

<BEGIN> BUILD_default_romCompress_MACRO_OPTION_DEPEND
-M -w
<END>

<BEGIN> BUILD_default_romCompress_MACRO_OPTION_GENERATE_DEPENDENCY_FILE
-MD
<END>

<BEGIN> BUILD_default_romCompress_MACRO_OPTION_INCLUDE_DIR
-I
<END>

<BEGIN> BUILD_default_romCompress_MACRO_OPTION_LANG_C
-xc
<END>

<BEGIN> BUILD_default_romCompress_MACRO_OPTION_UNDEFINE_MACRO

-U
<END>

<BEGIN> BUILD_default_romCompress_MACRO_RAM_HIGH_ADRS
01800000      # RAM text/data address
<END>

<BEGIN> BUILD_default_romCompress_MACRO_RAM_LOW_ADRS
00100000      # RAM text/data address
<END>

<BEGIN> BUILD_default_romCompress_MACRO_RELEASE_PRJ
prj_gnu
<END>

<BEGIN> BUILD_default_romCompress_MACRO_ROM_LINK_ADRS
fff00000 # ROM base address
<END>

<BEGIN> BUILD_default_romCompress_MACRO_ROM_SIZE
00100000      # number of bytes of ROM space
<END>

<BEGIN> BUILD_default_romCompress_MACRO_ROM_TEXT_ADRS
fff00100 # ROM entry address
<END>

<BEGIN> BUILD_default_romCompress_MACRO_ROM_WARM_ADRS
fff00104 # ROM warm entry address
<END>

<BEGIN> BUILD_default_romCompress_MACRO_SIZE
sizeppc
<END>

<BEGIN> BUILD_default_romCompress_MACRO_TOOL_FAMILY
gnu
<END>

<BEGIN> BUILD_default_romCompress_MACRO_UCODE_BINLIST
$(wildcard fsl_fman_ucode_*.bin)
<END>

<BEGIN> BUILD_default_romCompress_MACRO_UCODE_OBJLIST
$(UCODE_BINLIST:.bin=.obj)
<END>

<BEGIN> BUILD_default_romCompress_MACRO_USR_ENTRY
usrInit
<END>

<BEGIN> BUILD_default_romCompress_MACRO_VMA_START
0x0

```
<BEGIN> BUILD_default_romCompress_MACRO_subststring
$(join \
     $(subst \
     x,$(subst \
     :,_,$(subst \
     -,_,$(subst \
     .,_,$(subst \
     /,_,$(1))))),_binary_x_),$(2))
<END>

<BEGIN> BUILD_default_romCompress_RO_DEPEND_PATH
{$(TGT_DIR)/h/} \
     {$(TGT_DIR)/src/} \
     {$(TGT_DIR)/config/} \
     {$(TGT_DIR)/h/wrn/coreip/}
<END>

<BEGIN> BUILD_default_romCompress_TC
::tc_PPC32gnu
<END>

<BEGIN> BUILD_default_romResident_BUILDRULE
vxWorks_romResident
<END>

<BEGIN> BUILD_default_romResident_MACRO_AR
arppc
<END>

<BEGIN> BUILD_default_romResident_MACRO_AS
ccppc
<END>

<BEGIN> BUILD_default_romResident_MACRO_BOOT_EXTRA

<END>

<BEGIN> BUILD_default_romResident_MACRO_BSP_OBJS
drv/diag/bspDiag.o \
     drv/mem/bspEcc.o \
     bspFpga.o \
     bspGpio.o \
     drv/i2c/bspI2C.o \
     drv/timer/bspRtc.o \
     bspSerial.o \
     drv/dio/fpgaDio.o \
     drv/timer/fpgaWDog.o \
     drv/timer/bspWatchdog.o \
     drv/mem/fsSocEcc.o \
     drv/flash/bspFlash.o \
     drv/flash/bspFlashDrv.out
<END>
```

```
<BEGIN> BUILD_default_romResident_MACRO_CC
ccppc
<END>

<BEGIN> BUILD_default_romResident_MACRO_CC_ARCH_SPEC
-mcpu=e500mc \
     -mhard-float \
     -fno-implicit-fp \
     -D_WRS_HARDWARE_FP \
     -fno-builtin \
     -mstrict-align
<END>

<BEGIN> BUILD_default_romResident_MACRO_CFLAGS
-DCPU_VARIANT=_ppc85XX_e6500 \
     -g \
     -DPPC32_fp60x \
     -mhard-float \
     -fno-implicit-fp \
     -D_WRS_HARDWARE_FP \
     -fno-builtin \
     -mstrict-align \
     -ansi \
     -fno-builtin \
     -fno-merge-constants \
     -fno-inline-small-functions \
     -fno-unit-at-a-time \
     -fno-inline-functions-called-once \
     -fno-inline-functions \
     -Wall \
     -Wsign-compare \
     -mcpu=e500mc \
     -I$(PRJ_DIR) \
     -I$(TGT_DIR)/config/cwv152r110 \
     -I$(TGT_DIR)/h \
     -I$(TGT_DIR)/config/comps/src \
     -I$(TGT_DIR)/h/wrn/coreip \
     -I$(TGT_DIR)/src/drv \
     -DCPU=PPC32 \
     -DTOOL_FAMILY=gnu \
     -DTOOL=gnu \
     -DPRJ_BUILD \
     -D_WRS_KERNEL \
     -I$(WIND_HOME)/components/tcfsvservice-1.1/src \
     -I$(WIND_HOME)/components/tcf_agent-1.0/tcflib \
     -I$(WIND_HOME)/components/tcfsvservice-1.1/osconfig/vxworks/src \
     -I$(WIND_HOME)/components/tcf_agent-1.0/osconfig/vxworks/src \
     -I$(WIND_HOME)/components/ip_net2-6.6/osconfig/vxworks/src \
     -I$(WIND_HOME)/components/tcfsvservice-1.1/osconfig/vxworks/h \
     -I$(WIND_HOME)/components/tcf_agent-1.0/osconfig/vxworks/h \
     -I$(WIND_HOME)/components/ip_net2-6.6/osconfig/vxworks/h \
     @./ipcom_ipdomain \
     -I$(TGT_DIR)/src/hwif \
     -I$(TGT_DIR)/src/hwif/h \
```

```
    -DBSP_ERRNO_SUPPORT \
    -DIP_PORT_VXWORKS=667 \
    -DINET \
    -UCPU \
    -DCPU=PPC85XX \
    -UCPU_VARIANT \
    -DCPU_VARIANT=_e6500
<END>

<BEGIN> BUILD_default_romResident_MACRO_CFLAGS_AS
-DCPU_VARIANT=_ppc85XX_e6500 \
    -g \
    -DPPC32_fp60x \
    -mhard-float \
    -fno-implicit-fp \
    -D_WRS_HARDWARE_FP \
    -fno-builtin \
    -mstrict-align \
    -ansi \
    -fno-builtin \
    -fno-merge-constants \
    -fno-inline-small-functions \
    -fno-unit-at-a-time \
    -fno-inline-functions-called-once \
    -fno-inline-functions \
    -xassembler-with-cpp \
    -mcpu=e500mc \
    -I$(PRJ_DIR) \
    -I$(TGT_DIR)/config/cwv152r110 \
    -I$(TGT_DIR)/h \
    -I$(TGT_DIR)/config/comps/src \
    -I$(TGT_DIR)/h/wrn/coreip \
    -I$(TGT_DIR)/src/drv \
    -DCPU=PPC32 \
    -DTOOL_FAMILY=gnu \
    -DTOOL=gnu \
    -DPRJ_BUILD \
    -D_WRS_KERNEL \
    -I$(WIND_HOME)/components/tcfsvservice-1.1/src \
    -I$(WIND_HOME)/components/tcf_agent-1.0/tcflib \
    -I$(WIND_HOME)/components/tcfsvservice-1.1/osconfig/vxworks/src \
    -I$(WIND_HOME)/components/tcf_agent-1.0/osconfig/vxworks/src \
    -I$(WIND_HOME)/components/ip_net2-6.6/osconfig/vxworks/src \
    -I$(WIND_HOME)/components/tcfsvservice-1.1/osconfig/vxworks/h \
    -I$(WIND_HOME)/components/tcf_agent-1.0/osconfig/vxworks/h \
    -I$(WIND_HOME)/components/ip_net2-6.6/osconfig/vxworks/h \
    @./ipcom_ipdomain \
    -I$(TGT_DIR)/src/hwif \
    -I$(TGT_DIR)/src/hwif/h \
    -DBSP_ERRNO_SUPPORT \
    -DIP_PORT_VXWORKS=667 \
    -DINET \
    -UCPU \
    -DCPU=PPC85XX \
```

```
      -UCPU_VARIANT \
      -DCPU_VARIANT=_e6500
<END>

<BEGIN> BUILD_default_romResident_MACRO_CFLAGS_AS_PROJECT
-g \
      -mcpu=e500mc \
      -mhard-float \
      -fno-implicit-fp \
      -D_WRS_HARDWARE_FP \
      -fno-builtin \
      -mstrict-align \
      -ansi \
      -fno-builtin \
      -fno-merge-constants \
      -fno-inline-small-functions \
      -fno-unit-at-a-time \
      -fno-inline-functions-called-once \
      -fno-inline-functions \
      -I$(TGT_DIR)/config/all \
      -I$(TGT_DIR)/h \
      -I$(WIND_HOME)/components/tcfsvservice-1.1/src \
      -I$(WIND_HOME)/components/tcf_agent-1.0/tcflib \
      -I$(WIND_HOME)/components/tcfsvservice-1.1/osconfig/vxworks/src \
      -I$(WIND_HOME)/components/tcf_agent-1.0/osconfig/vxworks/src \
      -I$(WIND_HOME)/components/ip_net2-6.6/osconfig/vxworks/src \
      -I$(WIND_HOME)/components/tcfsvservice-1.1/osconfig/vxworks/h \
      -I$(WIND_HOME)/components/tcf_agent-1.0/osconfig/vxworks/h \
      -I$(WIND_HOME)/components/ip_net2-6.6/osconfig/vxworks/h \
      @./ipcom_ipdomain \
      -I$(TGT_DIR)/src/hwif \
      -I$(TGT_DIR)/src/hwif/h \
      -I. \
      -I$(TGT_DIR)/h/wrn/coreip \
      -I$(TGT_DIR)/src/config \
      -I$(TGT_DIR)/config/comps/src \
      -I$(TGT_DIR)/config/comps/src/dosfs2 \
      -I$(TGT_DIR)/src/drv \
      -DCPU=PPC32 \
      -DTOOL_FAMILY=gnu \
      -DTOOL=gnu \
      -D_WRS_KERNEL \
      -DCPU_VARIANT=_ppc85XX_e6500 \
      -DBSP_ERRNO_SUPPORT \
      -DIP_PORT_VXWORKS=667 \
      -DINET \
      -UCPU \
      -DCPU=PPC85XX \
      -UCPU_VARIANT \
      -DCPU_VARIANT=_e6500 \
      -xassembler-with-cpp
<END>

<BEGIN> BUILD_default_romResident_MACRO_CFLAGS_PROJECT
```

```
-g \
    -mcpu=e500mc \
    -mhard-float \
    -fno-implicit-fp \
    -D_WRS_HARDWARE_FP \
    -fno-builtin \
    -mstrict-align \
    -ansi \
    -fno-builtin \
    -fno-merge-constants \
    -fno-inline-small-functions \
    -fno-unit-at-a-time \
    -fno-inline-functions-called-once \
    -fno-inline-functions \
    -Wall \
    -Wsign-compare \
    -I$(TGT_DIR)/config/all \
    -I$(TGT_DIR)/h \
    -I$(WIND_HOME)/components/tcfsvservice-1.1/src \
    -I$(WIND_HOME)/components/tcf_agent-1.0/tcflib \
    -I$(WIND_HOME)/components/tcfsvservice-1.1/osconfig/vxworks/src \
    -I$(WIND_HOME)/components/tcf_agent-1.0/osconfig/vxworks/src \
    -I$(WIND_HOME)/components/ip_net2-6.6/osconfig/vxworks/src \
    -I$(WIND_HOME)/components/tcfsvservice-1.1/osconfig/vxworks/h \
    -I$(WIND_HOME)/components/tcf_agent-1.0/osconfig/vxworks/h \
    -I$(WIND_HOME)/components/ip_net2-6.6/osconfig/vxworks/h \
    @./ipcom_ipdomain \
    -I$(TGT_DIR)/src/hwif \
    -I$(TGT_DIR)/src/hwif/h \
    -I. \
    -I$(TGT_DIR)/h/wrn/coreip \
    -I$(TGT_DIR)/src/config \
    -I$(TGT_DIR)/config/comps/src \
    -I$(TGT_DIR)/config/comps/src/dosfs2 \
    -I$(TGT_DIR)/src/drv \
    -DCPU=PPC32 \
    -DTOOL_FAMILY=gnu \
    -DTOOL=gnu \
    -D_WRS_KERNEL \
    -DCPU_VARIANT=_ppc85XX_e6500 \
    -DBSP_ERRNO_SUPPORT \
    -DIP_PORT_VXWORKS=667 \
    -DINET
<END>

<BEGIN> BUILD_default_romResident_MACRO_CPP
ccppc -E -P
<END>

<BEGIN> BUILD_default_romResident_MACRO_CPU_VARIANT
_ppc85XX_e6500
<END>

<BEGIN> BUILD_default_romResident_MACRO_DOC_FILES
```

```
lastRites
<END>

<BEGIN> BUILD_default_romResident_MACRO_EXTRA_MODULES
$(TGT_DIR)/config/cwv152r110/drv/diag/bspDiag.o \
    $(TGT_DIR)/config/cwv152r110/drv/mem/bspEcc.o \
    $(TGT_DIR)/config/cwv152r110/drv/i2c/bspI2C.o \
    $(TGT_DIR)/config/cwv152r110/drv/timer/bspRtc.o \
    $(TGT_DIR)/config/cwv152r110/drv/dio/fpgaDio.o \
    $(TGT_DIR)/config/cwv152r110/drv/timer/fpgaWDog.o \
    $(TGT_DIR)/config/cwv152r110/drv/timer/bspWatchdog.o \
    $(TGT_DIR)/config/cwv152r110/drv/mem/fsSocEcc.o \
    $(TGT_DIR)/config/cwv152r110/drv/flash/bspFlash.o \
    $(TGT_DIR)/config/cwv152r110/drv/flash/bspFlashDrv.out \
    $(SUB_TARGETS)
<END>

<BEGIN> BUILD_default_romResident_MACRO_HEX_FLAGS

<END>

<BEGIN> BUILD_default_romResident_MACRO_LD
ldppc
<END>

<BEGIN> BUILD_default_romResident_MACRO_LDFLAGS
-X -N -Map POS.map
<END>

<BEGIN> BUILD_default_romResident_MACRO_LD_LINK_PATH
-L$(TGT_DIR)/lib/ppc/PPC32/gnu_standard \
    -L$(TGT_DIR)/lib/ppc/PPC32/gnu_ppc85XX_e6500 \
    -L$(TGT_DIR)/lib/ppc/PPC32/common_ppc85XX_e6500 \
    -L$(TGT_DIR)/lib/ppc/PPC32/gnu \
    -L$(TGT_DIR)/lib/ppc/PPC32/common \
    -L$(WS_ROOT_DIR)/obj/vxworks653-3.0.1/krnl/lib/ppc/PPC32/gnu \
    -L$(WS_ROOT_DIR)/obj/vxworks653-3.0.1/krnl/lib/ppc/PPC32/common \
    -L$(WIND_HOME)/components/obj/vxworks-cert-6.6.7/krnl/lib/ppc/PPC32/gnu \
    -L$(WIND_HOME)/components/obj/vxworks-cert-6.6.7/krnl/lib/ppc/PPC32/common
<END>

<BEGIN> BUILD_default_romResident_MACRO_LD_PARTIAL
ccppc -r -nostdlib -Wl,-X
<END>

<BEGIN> BUILD_default_romResident_MACRO_LD_PARTIAL_FLAGS
-X -r
<END>

<BEGIN> BUILD_default_romResident_MACRO_LIBS
$(VX_OS_LIBS)
<END>

<BEGIN> BUILD_default_romResident_MACRO_NM
```

```
-L$(TGT_DIR)/lib/ppc/PPC32/gnu_standard \
    -L$(TGT_DIR)/lib/ppc/PPC32/gnu_ppc85XX_e6500 \
    -L$(TGT_DIR)/lib/ppc/PPC32/common_ppc85XX_e6500 \
    -L$(TGT_DIR)/lib/ppc/PPC32/gnu \
    -L$(TGT_DIR)/lib/ppc/PPC32/common \
    -L$(WS_ROOT_DIR)/obj/vxworks653-3.0.1/krnl/lib/ppc/PPC32/gnu \
    -L$(WS_ROOT_DIR)/obj/vxworks653-3.0.1/krnl/lib/ppc/PPC32/common \
    -L$(WIND_HOME)/components/obj/vxworks-cert-6.6.7/krnl/lib/ppc/PPC32/gnu \
    -L$(WIND_HOME)/components/obj/vxworks-cert-6.6.7/krnl/lib/ppc/PPC32/common
<END>

<BEGIN> BUILD_default_rom_MACRO_LD_PARTIAL
ccppc -r -nostdlib -Wl,-X
<END>

<BEGIN> BUILD_default_rom_MACRO_LD_PARTIAL_FLAGS
-X -r
<END>

<BEGIN> BUILD_default_rom_MACRO_LIBS
$(VX_OS_LIBS)
<END>

<BEGIN> BUILD_default_rom_MACRO_NM
nmppc
<END>

<BEGIN> BUILD_default_rom_MACRO_OPTION_DEFINE_MACRO
-D
<END>

<BEGIN> BUILD_default_rom_MACRO_OPTION_DEPEND
-M -w
<END>

<BEGIN> BUILD_default_rom_MACRO_OPTION_GENERATE_DEPENDENCY_FILE
-MD
<END>

<BEGIN> BUILD_default_rom_MACRO_OPTION_INCLUDE_DIR
-I
<END>

<BEGIN> BUILD_default_rom_MACRO_OPTION_LANG_C
-xc
<END>

<BEGIN> BUILD_default_rom_MACRO_OPTION_UNDEFINE_MACRO
-U
<END>

<BEGIN> BUILD_default_rom_MACRO_RAM_HIGH_ADRS
01800000      # RAM text/data address
<END>
```

```
<BEGIN> BUILD_default_rom_MACRO_RAM_LOW_ADRS
00100000      # RAM text/data address
<END>

<BEGIN> BUILD_default_rom_MACRO_RELEASE_PRJ
prj_gnu
<END>

<BEGIN> BUILD_default_rom_MACRO_ROM_LINK_ADRS
fff00000  # ROM base address
<END>

<BEGIN> BUILD_default_rom_MACRO_ROM_SIZE
00100000      # number of bytes of ROM space
<END>

<BEGIN> BUILD_default_rom_MACRO_ROM_TEXT_ADRS
fff00100  # ROM entry address
<END>

<BEGIN> BUILD_default_rom_MACRO_ROM_WARM_ADRS
fff00104  # ROM warm entry address
<END>

<BEGIN> BUILD_default_rom_MACRO_SIZE
sizeppc
<END>

<BEGIN> BUILD_default_rom_MACRO_TOOL_FAMILY
gnu
<END>

<BEGIN> BUILD_default_rom_MACRO_UCODE_BINLIST
$(wildcard fsl_fman_ucode_*.bin)
<END>

<BEGIN> BUILD_default_rom_MACRO_UCODE_OBJLIST
$(UCODE_BINLIST:.bin=.obj)
<END>

<BEGIN> BUILD_default_rom_MACRO_USR_ENTRY
usrInit
<END>

<BEGIN> BUILD_default_rom_MACRO_VMA_START
0x0
<END>

<BEGIN> BUILD_default_rom_MACRO_subststring
$(join \
    $(subst \
    x,$(subst \
    :,_,$(subst \
```

```
     -,_,$(subst \
     .,_,$(subst \
     /,_,$(1))))),_binary_x_),$(2))
<END>
```

```
<BEGIN> BUILD_default_rom_RO_DEPEND_PATH
{$(TGT_DIR)/h/} \
     {$(TGT_DIR)/src/} \
     {$(TGT_DIR)/config/} \
     {$(TGT_DIR)/h/wrn/coreip/}
<END>
```

```
<BEGIN> BUILD_default_rom_TC
::tc_PPC32gnu
<END>
```

```
<BEGIN> CERT
0
<END>
```

```
<BEGIN> COMPONENT_ERROR_STATUS
0
<END>
```

```
<BEGIN> CORE_INFO_TYPE
::prj_vxWorks
<END>
```

```
<BEGIN> CORE_INFO_VERSION
4.2
<END>
```

```
<BEGIN> FILE_$(PRJ_DIR)/../ALF_FC/ALF_Core/ALF_Standard_Library/StandALF.c_objects
StandALF.o
<END>
```

```
<BEGIN> FILE_$(PRJ_DIR)/../ALF_FC/ALF_Core/ALF_Standard_Library/StandALF.c_tool
C compiler
<END>
```

```
<BEGIN> FILE_$(PRJ_DIR)/../ALF_FC/ALF_Core/Diagnostic_API/DAPI_Interface.c_objects
DAPI_Interface.o
<END>
```

```
<BEGIN> FILE_$(PRJ_DIR)/../ALF_FC/ALF_Core/Diagnostic_API/DAPI_Interface.c_tool
C compiler
<END>
```

```
<BEGIN> FILE_$(PRJ_DIR)/../ALF_FC/ALF_Core/OS_Director/653_Director_Helper.c_objects
653_Director_Helper.o
<END>
```

```
<BEGIN> FILE_$(PRJ_DIR)/../ALF_FC/ALF_Core/OS_Director/653_Director_Helper.c_tool
C compiler
```

```
<END>

<BEGIN> FILE_$(PRJ_DIR)/../ALF_FC/ALF_Core/OS_Director/Director.c_objects
Director.o
<END>

<BEGIN> FILE_$(PRJ_DIR)/../ALF_FC/ALF_Core/OS_Director/Director.c_tool
C compiler
<END>

<BEGIN> FILE_$(PRJ_DIR)/Configs/OS_Component_Configs.c_objects
OS_Component_Configs.o
<END>

<BEGIN> FILE_$(PRJ_DIR)/Configs/OS_Component_Configs.c_tool
C compiler
<END>

<BEGIN> FILE_$(PRJ_DIR)/linkSyms.c_customRule
linkSyms.o
<END>

<BEGIN> FILE_$(PRJ_DIR)/linkSyms.c_objects
linkSyms.o
<END>

<BEGIN> FILE_$(PRJ_DIR)/linkSyms.c_tool
C compiler
<END>

<BEGIN> FILE_$(PRJ_DIR)/prjConfig.c_customRule
prjConfig.o
<END>

<BEGIN> FILE_$(PRJ_DIR)/prjConfig.c_objects
prjConfig.o
<END>

<BEGIN> FILE_$(PRJ_DIR)/prjConfig.c_tool
C compiler
<END>

<BEGIN> FILE_$(PRJ_DIR)/usrAppInit.c_objects
usrAppInit.o
<END>

<BEGIN> FILE_$(PRJ_DIR)/usrAppInit.c_tool
C compiler
<END>

<BEGIN> FILE_$(PRJ_DIR)/usrRtpAppInit.c_objects
usrRtpAppInit.o
<END>
```

```
<BEGIN> FILE_$(PRJ_DIR)/usrRtpAppInit.c_tool
C compiler
<END>

<BEGIN> FILE_$(PRJ_DIR)/../libTimeService/TimeService.c_objects
TimeService.o
<END>

<BEGIN> FILE_$(PRJ_DIR)/../libTimeService/TimeService.c_tool
C compiler
<END>

<BEGIN> FILE_$(TGT_DIR)/config/comps/src/romStart.c_BOOT_FILE
TRUE
<END>

<BEGIN> FILE_$(TGT_DIR)/config/comps/src/romStart.c_customRule
romStart.o
<END>

<BEGIN> FILE_$(TGT_DIR)/config/comps/src/romStart.c_objects
romStart.o
<END>

<BEGIN> FILE_$(TGT_DIR)/config/comps/src/romStart.c_tool
C compiler
<END>

<BEGIN> FILE_$(TGT_DIR)/config/cwv152r110/bspFpga.c_customRule
bspFpga.o
<END>

<BEGIN> FILE_$(TGT_DIR)/config/cwv152r110/bspFpga.c_objects
bspFpga.o
<END>

<BEGIN> FILE_$(TGT_DIR)/config/cwv152r110/bspFpga.c_tool
C compiler
<END>

<BEGIN> FILE_$(TGT_DIR)/config/cwv152r110/bspGpio.c_customRule
bspGpio.o
<END>

<BEGIN> FILE_$(TGT_DIR)/config/cwv152r110/bspGpio.c_objects
bspGpio.o
<END>

<BEGIN> FILE_$(TGT_DIR)/config/cwv152r110/bspGpio.c_tool
C compiler
<END>

<BEGIN> FILE_$(TGT_DIR)/config/cwv152r110/bspSerial.c_customRule
bspSerial.o
```

&lt;END&gt;

&lt;BEGIN&gt; FILE_$(TGT_DIR)/config/cwv152r110/bspSerial.c_objects
bspSerial.o
&lt;END&gt;

&lt;BEGIN&gt; FILE_$(TGT_DIR)/config/cwv152r110/bspSerial.c_tool
C compiler
&lt;END&gt;

&lt;BEGIN&gt; FILE_$(TGT_DIR)/config/cwv152r110/romInit.s_BOOT_FILE
TRUE
&lt;END&gt;

&lt;BEGIN&gt; FILE_$(TGT_DIR)/config/cwv152r110/romInit.s_customRule
romInit.o
&lt;END&gt;

&lt;BEGIN&gt; FILE_$(TGT_DIR)/config/cwv152r110/romInit.s_objects
romInit.o
&lt;END&gt;

&lt;BEGIN&gt; FILE_$(TGT_DIR)/config/cwv152r110/romInit.s_tool
assembler
&lt;END&gt;

&lt;BEGIN&gt; FILE_$(TGT_DIR)/config/cwv152r110/sysALib.s_customRule
sysALib.o
&lt;END&gt;

&lt;BEGIN&gt; FILE_$(TGT_DIR)/config/cwv152r110/sysALib.s_objects
sysALib.o
&lt;END&gt;

&lt;BEGIN&gt; FILE_$(TGT_DIR)/config/cwv152r110/sysALib.s_tool
assembler
&lt;END&gt;

&lt;BEGIN&gt; FILE_$(TGT_DIR)/config/cwv152r110/sysLib.c_customRule
sysLib.o
&lt;END&gt;

&lt;BEGIN&gt; FILE_$(TGT_DIR)/config/cwv152r110/sysLib.c_objects
sysLib.o
&lt;END&gt;

&lt;BEGIN&gt; FILE_$(TGT_DIR)/config/cwv152r110/sysLib.c_tool
C compiler
&lt;END&gt;

&lt;BEGIN&gt; INITIAL_PROFILE
PROFILE_653
&lt;END&gt;

```
<BEGIN> MAKEFILE
Makefile.mk
<END>

<BEGIN> OS_NAME
vxworks-6.9
<END>

<BEGIN> PROJECT_FILES
$(TGT_DIR)/config/cwv152r110/sysALib.s \
    $(TGT_DIR)/config/cwv152r110/bspFpga.c \
    $(TGT_DIR)/config/cwv152r110/bspGpio.c \
    $(TGT_DIR)/config/cwv152r110/bspSerial.c \
    $(TGT_DIR)/config/cwv152r110/sysLib.c \
    $(TGT_DIR)/config/cwv152r110/romInit.s \
    $(TGT_DIR)/config/comps/src/romStart.c \
    $(PRJ_DIR)/usrAppInit.c \
    $(PRJ_DIR)/usrRtpAppInit.c \
    $(PRJ_DIR)/prjConfig.c \
    $(PRJ_DIR)/linkSyms.c \
    $(PRJ_DIR)/../ALF_FC/ALF_Core/ALF_Standard_Library/StandALF.c \
    $(PRJ_DIR)/../ALF_FC/ALF_Core/OS_Director/653_Director_Helper.c \
    $(PRJ_DIR)/../ALF_FC/ALF_Core/OS_Director/Director.c \
    $(PRJ_DIR)/../ALF_FC/ALF_Core/Diagnostic_API/DAPI_Interface.c \
    $(PRJ_DIR)/Configs/OS_Component_Configs.c \
    $(PRJ_DIR)/../libTimeService/TimeService.c
<END>

<BEGIN> VX_WIND_PLATFORM
vxworks653-3.0.1
<END>

<BEGIN> WCC__CDF_PATH
$(TGT_DIR)/config/comps/vxWorks \
    $(TGT_DIR)/config/comps/vxWorks/arch/ppc \
    $(TGT_DIR)/config/comps/vxWorks/net \
    $(TGT_DIR)/config/comps/vxWorks/net/apps \
    $(TGT_DIR)/config/comps/vxWorks/tool/gnu \
    $(TGT_DIR)/config/cwv152r110 \
    $(PRJ_DIR)
<END>

<BEGIN> WCC__CURRENT
cwv152r110
<END>

<BEGIN> WCC__LIST
cwv152r110
<END>

<BEGIN> WCC__MXR_LIBS

<END>
```

```
<BEGIN> WCC_cwv152r110_COMPONENTS
INCLUDE_CACHE_SUPPORT \
    INCLUDE_CACHE_ENABLE \
    INCLUDE_PROTECT_VEC_TABLE \
    INCLUDE_MMU_BASIC \
    INCLUDE_SYSCLK_INIT \
    INCLUDE_SIO \
    INCLUDE_HW_FP \
    INCLUDE_GOS_SUPPORT \
    INCLUDE_SEM_BINARY_CREATE \
    INCLUDE_SEM_COUNTING_CREATE \
    INCLUDE_MSG_Q_CREATE_DELETE \
    INCLUDE_BASE_KERNEL \
    INCLUDE_CLASS_LIB \
    INCLUDE_CLASS_LIST \
    INCLUDE_SEM_LIB \
    INCLUDE_ANSI_CTYPE \
    INCLUDE_ANSI_LOCALE \
    INCLUDE_ANSI_MATH \
    INCLUDE_ANSI_STDIO \
    INCLUDE_ANSI_STRING \
    INCLUDE_ANSI_TIME \
    INCLUDE_ANSI_ABS \
    INCLUDE_FORMATTED_IO \
    INCLUDE_KERNEL \
    INCLUDE_IO_BASIC \
    INCLUDE_MEM_MGR_BASIC \
    INCLUDE_TASK_CREATE_DELETE \
    INCLUDE_SIGNALS \
    INCLUDE_ANSI_MEMCMP \
    INCLUDE_ANSI_MEMMOVE \
    INCLUDE_ANSI_STRNCAT \
    INCLUDE_ANSI_STRNCMP \
    INCLUDE_FORMATTED_OUT_BASIC \
    INCLUDE_CTORS_DTORS \
    INCLUDE_CPLUS_LANG \
    INCLUDE_GNU_INTRINSICS \
    INCLUDE_MSG_Q \
    INCLUDE_SEM_BINARY \
    INCLUDE_TASK_HOOKS \
    INCLUDE_WATCHDOGS \
    INCLUDE_MEM_MGR_INFO \
    INCLUDE_USER_APPL \
    INCLUDE_SIMPLE_BANNER \
    INCLUDE_MEM_MGR_FULL \
    INCLUDE_OBJ_LIB \
    INCLUDE_OBJ_INFO \
    INCLUDE_VXMEMPROBE_INIT \
    INCLUDE_VXEVENTS \
    INCLUDE_SEM_MUTEX \
    INCLUDE_SEM_COUNTING \
    INCLUDE_SEM_MUTEX_CREATE \
    INCLUDE_WATCHDOGS_CREATE_DELETE \
    INCLUDE_EXC_TASK \
```

```
    INCLUDE_HOOKS \
    INCLUDE_DLL \
    INCLUDE_Q_FIFO \
    INCLUDE_ATOMIC_OPERATORS \
    INCLUDE_LOGGING \
    INCLUDE_LSTLIB \
    INCLUDE_MSG_Q_EVENTS \
    INCLUDE_SEM_EVENTS \
    INCLUDE_TASK_VARS \
    INCLUDE_PROTECT_TASK_STACK \
    INCLUDE_FLOATING_POINT \
    INCLUDE_SELECT \
    INCLUDE_AMIO \
    INCLUDE_FP_TYPE \
    INCLUDE_POOL \
    INCLUDE_RNG_BUF \
    INCLUDE_Q_FIFO_CREATE_DELETE \
    INCLUDE_Q_PRI_BMAP_CREATE_DELETE \
    INCLUDE_PROTECT_INTERRUPT_STACK \
    INCLUDE_HM \
    INCLUDE_APEX \
    INCLUDE_COPROCESSOR \
    INCLUDE_CORE_E6500
<END>

<BEGIN> WCC_cwv152r110_IMPLICIT_COMPONENTS
INCLUDE_MEMORY_CONFIG \
    INCLUDE_MMU_GLOBAL_MAP \
    INCLUDE_BSP_MACROS \
    INCLUDE_TTY_DEV \
    INCLUDE_GOS_SIMICS_SYM_USE \
    INCLUDE_SYS_START \
    INCLUDE_SYSHW_INIT \
    INCLUDE_OFFSET_SYMBOLS \
    INCLUDE_EDR_STUB \
    INCLUDE_SELECT_SUPPORT \
    INCLUDE_ANSI_STDLIB \
    INCLUDE_ANSI_STRERROR \
    INCLUDE_ANSI_ABORT \
    INCLUDE_ANSI_STRCMP \
    INCLUDE_ANSI_LONGJMP \
    INCLUDE_SIGNAL_ARCH \
    INCLUDE_ANSI_STRLEN \
    INCLUDE_STDIO \
    INCLUDE_ANSI_BSEARCH \
    INCLUDE_ANSI_STRCPY \
    INCLUDE_ANSI_ATOF \
    INCLUDE_ANSI_STRTOD \
    INCLUDE_ANSI_STDLIB_NUMBERS \
    INCLUDE_ENV_VARS \
    INCLUDE_BLIB \
    INCLUDE_ANSI_MEMCHR \
    INCLUDE_ANSI_MEMCPY \
    INCLUDE_ANSI_MEMSET \
```

```
    INCLUDE_ANSI_STRCAT \
    INCLUDE_ANSI_STRCASECMP \
    INCLUDE_ANSI_STRNCASECMP \
    INCLUDE_ANSI_STRNCPY \
    INCLUDE_ANSI_STRLCPY \
    INCLUDE_POSIX_CLOCKS \
    INCLUDE_TASK_SHOW \
    INCLUDE_SEM_INFO \
    INCLUDE_TASK_LIST \
    INCLUDE_EXC_HANDLING \
    INCLUDE_SEM_DELETE \
    INCLUDE_TASK_INFO \
    INCLUDE_TASK_RESTART \
    INCLUDE_KERNEL_ARCH \
    INCLUDE_Q_LIB \
    INCLUDE_Q_PRI_LIST \
    INCLUDE_Q_PRI_BMAP \
    INCLUDE_Q_PRI_DELTA \
    INCLUDE_TIME_MONITOR \
    INCLUDE_SLL \
    INCLUDE_VX_TRADITIONAL_SCHEDULER \
    INCLUDE_AVL_UINT_TREES \
    INCLUDE_TYLIB \
    INCLUDE_DEFERRED_INTERRUPT_ENABLE \
    INCLUDE_SAFEIPC \
    INCLUDE_SPINLOCK \
    INCLUDE_SAFEIPC_CACHE_SYNC \
    INCLUDE_AIM_CACHE \
    INCLUDE_OSM \
    INCLUDE_BLIB_ARCH \
    INCLUDE_OBJ_LIB_ARCH \
    INCLUDE_GOS_BOOT_APP
<END>

<BEGIN> WCC_cwv152r110_PARAM_AIO_TASK_PRIORITY
0
<END>

<BEGIN> WCC_cwv152r110_PARAM_AIO_TASK_STACK_SIZE
0
<END>

<BEGIN> WCC_cwv152r110_PARAM_AUX_CLK_RATE
((sysClkFreqGet () / 16) / (1 << FIT_DIVIDER_TAP_18))
<END>

<BEGIN> WCC_cwv152r110_PARAM_AUX_CLK_RATE_MAX
((sysClkFreqGet () / 16) / (1 << FIT_DIVIDER_TAP_10))
<END>

<BEGIN> WCC_cwv152r110_PARAM_AUX_CLK_RATE_MIN
((sysClkFreqGet () / 16) / (1 << FIT_DIVIDER_TAP_21))
<END>
```

```
<BEGIN> WCC_cwv152r110_PARAM_BOOT_DISABLE_MMU_BEFORE_ENTRY
TRUE
<END>

<BEGIN> WCC_cwv152r110_PARAM_BOOT_LINE_ADRS
((char *) (LOCAL_MEM_LOCAL_ADRS+BOOT_LINE_OFFSET))
<END>

<BEGIN> WCC_cwv152r110_PARAM_BOOT_LINE_OFFSET
0x4200
<END>

<BEGIN> WCC_cwv152r110_PARAM_BOOT_LINE_SIZE
255
<END>

<BEGIN> WCC_cwv152r110_PARAM_BSP_REV
"/REL 1.1 608765-110 Rev - (build 001)"
<END>

<BEGIN> WCC_cwv152r110_PARAM_BSP_VERSION
"6.5"
<END>

<BEGIN> WCC_cwv152r110_PARAM_CDROM_COM_BUF_SIZE
3
<END>

<BEGIN> WCC_cwv152r110_PARAM_CONSOLE_BAUD_RATE
115200
<END>

<BEGIN> WCC_cwv152r110_PARAM_CONSOLE_TTY
0
<END>

<BEGIN> WCC_cwv152r110_PARAM_CORE_DUMP_CKSUM_ENABLE
FALSE
<END>

<BEGIN> WCC_cwv152r110_PARAM_CORE_DUMP_COMPRESSION_LEVEL
9
<END>

<BEGIN> WCC_cwv152r110_PARAM_CORE_DUMP_MAX_HOOKS
10
<END>

<BEGIN> WCC_cwv152r110_PARAM_CORE_DUMP_MEM_FILTER_MAX
10
<END>

<BEGIN> WCC_cwv152r110_PARAM_CORE_DUMP_MEM_POOL_PAGE_SIZE
0x8000
```

```
<END>

<BEGIN> WCC_cwv152r110_PARAM_CORE_DUMP_MEM_POOL_PROTECTION_ENABLE
TRUE
<END>

<BEGIN> WCC_cwv152r110_PARAM_CORE_DUMP_REGION_SIZE
pmFreeSpace(pmDefaultArena)
<END>

<BEGIN> WCC_cwv152r110_PARAM_CORE_DUMP_SKIP_TEXT_SECTION
TRUE
<END>

<BEGIN> WCC_cwv152r110_PARAM_CORE_DUMP_SKIP_USER_RESERVED_MEM
FALSE
<END>

<BEGIN> WCC_cwv152r110_PARAM_CORE_DUMP_STACK_SIZE
8192
<END>

<BEGIN> WCC_cwv152r110_PARAM_CPU_PWR_HIGH_THRESHOLD
(100)
<END>

<BEGIN> WCC_cwv152r110_PARAM_CPU_PWR_ISR_P_STATE
(0)
<END>

<BEGIN> WCC_cwv152r110_PARAM_CPU_PWR_LOW_THRESHOLD
(0)
<END>

<BEGIN> WCC_cwv152r110_PARAM_CPU_PWR_TASK_P_STATE
(cpuPwrP0State)
<END>

<BEGIN> WCC_cwv152r110_PARAM_CPU_PWR_UTIL_PERIOD1
(300)
<END>

<BEGIN> WCC_cwv152r110_PARAM_CPU_PWR_UTIL_PERIOD2
(1000)
<END>

<BEGIN> WCC_cwv152r110_PARAM_DEFAULT_BOOT_LINE
"memac(1,0)host:system.elf \
    h=192.168.1.39 \
    e=192.168.1.216:ffffff00 \
    g=192.168.1.2 \
    f=0x0080"
<END>
```

<BEGIN> WCC_cwv152r110_PARAM_DEVICE_MANAGER_MAX_NUM_DEVICES
255
<END>

<BEGIN> WCC_cwv152r110_PARAM_DOSFS_DEFAULT_CREATE_OPTIONS
0x04
<END>

<BEGIN> WCC_cwv152r110_PARAM_DOSFS_DEFAULT_DATA_CACHE_SIZE
0x20000
<END>

<BEGIN> WCC_cwv152r110_PARAM_DOSFS_DEFAULT_DIR_CACHE_SIZE
0x2000
<END>

<BEGIN> WCC_cwv152r110_PARAM_DOSFS_DEFAULT_FAT_CACHE_SIZE
0x10000
<END>

<BEGIN> WCC_cwv152r110_PARAM_DOSFS_DEFAULT_MAX_FILES
20
<END>

<BEGIN> WCC_cwv152r110_PARAM_EDR_ERRLOG_SIZE
(pmFreeSpace(EDR_PM_ARENA)/2)
<END>

<BEGIN> WCC_cwv152r110_PARAM_EDR_RECORD_SIZE
4096
<END>

<BEGIN> WCC_cwv152r110_PARAM_ENET_DEFAULT
0x1EA00000
<END>

<BEGIN> WCC_cwv152r110_PARAM_ENV_VAR_USE_HOOKS
TRUE
<END>

<BEGIN> WCC_cwv152r110_PARAM_ERF_MAX_USR_CATEGORIES
16
<END>

<BEGIN> WCC_cwv152r110_PARAM_ERF_MAX_USR_TYPES
16
<END>

<BEGIN> WCC_cwv152r110_PARAM_EXC_MSG_ADRS
((char *) (LOCAL_MEM_LOCAL_ADRS+EXC_MSG_OFFSET))
<END>

<BEGIN> WCC_cwv152r110_PARAM_EXC_MSG_OFFSET
0x4300

```
<END>

<BEGIN> WCC_cwv152r110_PARAM_FATAL_SYSTEM_CORE_DUMP_ENABLE
TRUE
<END>

<BEGIN> WCC_cwv152r110_PARAM_FD_0_TYPE
0
<END>

<BEGIN> WCC_cwv152r110_PARAM_FD_1_TYPE
-1
<END>

<BEGIN> WCC_cwv152r110_PARAM_FD_DEV_NAME
"/fd"
<END>

<BEGIN> WCC_cwv152r110_PARAM_FREE_RAM_ADRS
(end)
<END>

<BEGIN> WCC_cwv152r110_PARAM_FS_NAMES_ATA_PRIMARY_MASTER
"/ata00:1"
<END>

<BEGIN> WCC_cwv152r110_PARAM_FS_NAMES_ATA_PRIMARY_SLAVE
""
<END>

<BEGIN> WCC_cwv152r110_PARAM_FS_NAMES_ATA_SECONDARY_MASTER
""
<END>

<BEGIN> WCC_cwv152r110_PARAM_FS_NAMES_ATA_SECONDARY_SLAVE
""
<END>

<BEGIN> WCC_cwv152r110_PARAM_HRFS_DEFAULT_MAX_BUFFERS
16
<END>

<BEGIN> WCC_cwv152r110_PARAM_HRFS_DEFAULT_MAX_FILES
10
<END>

<BEGIN> WCC_cwv152r110_PARAM_HWMEM_POOL_SIZE
100000
<END>

<BEGIN> WCC_cwv152r110_PARAM_INCLUDE_WDB_TTY_TEST
TRUE
<END>
```

```
<BEGIN> WCC_cwv152r110_PARAM_INIT_NBIO_MSGS
32
<END>

<BEGIN> WCC_cwv152r110_PARAM_INTERRUPT_STACK_OVERFLOW_SIZE
4096
<END>

<BEGIN> WCC_cwv152r110_PARAM_INTERRUPT_STACK_UNDERFLOW_SIZE
4096
<END>

<BEGIN> WCC_cwv152r110_PARAM_INT_LOCK_LEVEL
0x0
<END>

<BEGIN> WCC_cwv152r110_PARAM_ISR_STACK_SIZE
5000
<END>

<BEGIN> WCC_cwv152r110_PARAM_JOB_TASK_STACK_SIZE
8000
<END>

<BEGIN> WCC_cwv152r110_PARAM_KERNEL_APPL_CORE_DUMP_ENABLE
FALSE
<END>

<BEGIN> WCC_cwv152r110_PARAM_LOGIN_PASSWORD
"RcQbRbzRyc"
<END>

<BEGIN> WCC_cwv152r110_PARAM_LOGIN_USER_NAME
"target"
<END>

<BEGIN> WCC_cwv152r110_PARAM_MAC_ADRS_LEN
6
<END>

<BEGIN> WCC_cwv152r110_PARAM_MAX_AIO_SYS_TASKS
0
<END>

<BEGIN> WCC_cwv152r110_PARAM_MAX_ISR_JOBS
16
<END>

<BEGIN> WCC_cwv152r110_PARAM_MAX_LIO_CALLS
0
<END>

<BEGIN> WCC_cwv152r110_PARAM_MAX_LOG_MSGS
50
```

&lt;END&gt;

&lt;BEGIN&gt; WCC_cwv152r110_PARAM_MAX_MAC_ADRS
MEMAC_NUM
&lt;END&gt;

&lt;BEGIN&gt; WCC_cwv152r110_PARAM_MAX_MAC_DEVS
4
&lt;END&gt;

&lt;BEGIN&gt; WCC_cwv152r110_PARAM_MAX_REBOOT_HOOKS
8
&lt;END&gt;

&lt;BEGIN&gt; WCC_cwv152r110_PARAM_MEDR_BLOCK_GUARD_ENABLE
FALSE
&lt;END&gt;

&lt;BEGIN&gt; WCC_cwv152r110_PARAM_MEDR_EXTENDED_ENABLE
FALSE
&lt;END&gt;

&lt;BEGIN&gt; WCC_cwv152r110_PARAM_MEDR_FILL_FREE_ENABLE
FALSE
&lt;END&gt;

&lt;BEGIN&gt; WCC_cwv152r110_PARAM_MEDR_FREE_QUEUE_LEN
64
&lt;END&gt;

&lt;BEGIN&gt; WCC_cwv152r110_PARAM_MEDR_POOL_SIZE
0x100000
&lt;END&gt;

&lt;BEGIN&gt; WCC_cwv152r110_PARAM_MEM_PART_DEFAULT_OPTIONS
0xbb0
&lt;END&gt;

&lt;BEGIN&gt; WCC_cwv152r110_PARAM_MQ_HASH_SIZE
0
&lt;END&gt;

&lt;BEGIN&gt; WCC_cwv152r110_PARAM_NUM_DOSFS_FILES
20
&lt;END&gt;

&lt;BEGIN&gt; WCC_cwv152r110_PARAM_NUM_DRIVERS
20
&lt;END&gt;

&lt;BEGIN&gt; WCC_cwv152r110_PARAM_NUM_FILES
50
&lt;END&gt;

<BEGIN> WCC_cwv152r110_PARAM_NUM_RAWFS_FILES
5
<END>

<BEGIN> WCC_cwv152r110_PARAM_NUM_SIGNAL_QUEUES
16
<END>

<BEGIN> WCC_cwv152r110_PARAM_NUM_TTY
4
<END>

<BEGIN> WCC_cwv152r110_PARAM_NV_BOOT_OFFSET
0
<END>

<BEGIN> WCC_cwv152r110_PARAM_NV_RAM_SIZE
0x80000
<END>

<BEGIN> WCC_cwv152r110_PARAM_OBJ_LIBRARY_OPTIONS
0
<END>

<BEGIN> WCC_cwv152r110_PARAM_PM_RESERVED_MEM
(6 * VM_PAGE_SIZE)
<END>

<BEGIN> WCC_cwv152r110_PARAM_POSIX_PTHREAD_RR_TIMESLICE
10
<END>

<BEGIN> WCC_cwv152r110_PARAM_RESERVED
0x4400
<END>

<BEGIN> WCC_cwv152r110_PARAM_ROM_BASE_ADRS
0xFFF00000
<END>

<BEGIN> WCC_cwv152r110_PARAM_ROM_SIZE
0x00100000
<END>

<BEGIN> WCC_cwv152r110_PARAM_ROM_TEXT_ADRS
0xFFF00100
<END>

<BEGIN> WCC_cwv152r110_PARAM_ROM_WARM_ADRS
(ROM_TEXT_ADRS + 0x0004)
<END>

<BEGIN> WCC_cwv152r110_PARAM_ROOT_STACK_SIZE
24000

&lt;END&gt;

&lt;BEGIN&gt; WCC_cwv152r110_PARAM_SEM_RW_MAX_CONCURRENT_READERS
32
&lt;END&gt;

&lt;BEGIN&gt; WCC_cwv152r110_PARAM_SHELL_COMPATIBLE
FALSE
&lt;END&gt;

&lt;BEGIN&gt; WCC_cwv152r110_PARAM_SHELL_DEFAULT_CONFIG
"LINE_EDIT_MODE=,LINE_LENGTH=256,STRING_FREE=manual,INTERPRETER=,VXE_PATH=.;/romfs"
&lt;END&gt;

&lt;BEGIN&gt; WCC_cwv152r110_PARAM_SHELL_FIRST_CONFIG
NULL
&lt;END&gt;

&lt;BEGIN&gt; WCC_cwv152r110_PARAM_SHELL_REMOTE_CONFIG
NULL
&lt;END&gt;

&lt;BEGIN&gt; WCC_cwv152r110_PARAM_SHELL_SECURE
FALSE
&lt;END&gt;

&lt;BEGIN&gt; WCC_cwv152r110_PARAM_SHELL_STACK_SIZE
(0x10000)
&lt;END&gt;

&lt;BEGIN&gt; WCC_cwv152r110_PARAM_SHELL_START_AT_BOOT
TRUE
&lt;END&gt;

&lt;BEGIN&gt; WCC_cwv152r110_PARAM_SHELL_TASK_NAME_BASE
"tShell"
&lt;END&gt;

&lt;BEGIN&gt; WCC_cwv152r110_PARAM_SHELL_TASK_OPTIONS
(VX_FP_TASK | VX_UNBREAKABLE | COPROCS_ALL | VX_PRIVATE_ENV)
&lt;END&gt;

&lt;BEGIN&gt; WCC_cwv152r110_PARAM_SHELL_TASK_PRIORITY
1
&lt;END&gt;

&lt;BEGIN&gt; WCC_cwv152r110_PARAM_SHM_DEV_NAME
"/shm"
&lt;END&gt;

&lt;BEGIN&gt; WCC_cwv152r110_PARAM_SM_ANCHOR_ADRS
((char *) (LOCAL_MEM_LOCAL_ADRS+SM_ANCHOR_OFFSET))
&lt;END&gt;

<BEGIN> WCC_cwv152r110_PARAM_SM_ANCHOR_OFFSET
0x4100
<END>

<BEGIN> WCC_cwv152r110_PARAM_SM_CPUS_MAX
DEFAULT_CPUS_MAX
<END>

<BEGIN> WCC_cwv152r110_PARAM_SM_MASTER
0
<END>

<BEGIN> WCC_cwv152r110_PARAM_SM_MAX_PKTS
200
<END>

<BEGIN> WCC_cwv152r110_PARAM_SM_MAX_WAIT
3000
<END>

<BEGIN> WCC_cwv152r110_PARAM_SM_OBJ_MAX_MEM_PART
4
<END>

<BEGIN> WCC_cwv152r110_PARAM_SM_OBJ_MAX_MSG_Q
10
<END>

<BEGIN> WCC_cwv152r110_PARAM_SM_OBJ_MAX_NAME
100
<END>

<BEGIN> WCC_cwv152r110_PARAM_SM_OBJ_MAX_SEM
60
<END>

<BEGIN> WCC_cwv152r110_PARAM_SM_OBJ_MAX_TASK
40
<END>

<BEGIN> WCC_cwv152r110_PARAM_SM_OBJ_MAX_TRIES
5000
<END>

<BEGIN> WCC_cwv152r110_PARAM_SM_OBJ_TASK_OPTIONS
0
<END>

<BEGIN> WCC_cwv152r110_PARAM_SM_OBJ_TASK_PRIORITY
40
<END>

<BEGIN> WCC_cwv152r110_PARAM_SM_PKTS_SIZE
0

```
<END>

<BEGIN> WCC_cwv152r110_PARAM_SM_TAS_TYPE
SM_TAS_HARD
<END>

<BEGIN> WCC_cwv152r110_PARAM_STACK_SAVE
0x1000
<END>

<BEGIN> WCC_cwv152r110_PARAM_STAT_TBL_HASH_SIZE_LOG2
6
<END>

<BEGIN> WCC_cwv152r110_PARAM_STORE_ABS_SYMBOLS
FALSE
<END>

<BEGIN> WCC_cwv152r110_PARAM_SW_MMU_ENABLE
FALSE
<END>

<BEGIN> WCC_cwv152r110_PARAM_SYM_TBL_HASH_SIZE_LOG2
8
<END>

<BEGIN> WCC_cwv152r110_PARAM_SYS_CLK_RATE
60
<END>

<BEGIN> WCC_cwv152r110_PARAM_SYS_CLK_RATE_MAX
8000
<END>

<BEGIN> WCC_cwv152r110_PARAM_SYS_CLK_RATE_MIN
1
<END>

<BEGIN> WCC_cwv152r110_PARAM_SYS_MODEL
"VPX3-152"
<END>

<BEGIN> WCC_cwv152r110_PARAM_TASK_KERNEL_EXEC_STACK_OVERFLOW_SIZE
4096
<END>

<BEGIN> WCC_cwv152r110_PARAM_TASK_KERNEL_EXEC_STACK_UNDERFLOW_SIZE
4096
<END>

<BEGIN> WCC_cwv152r110_PARAM_TASK_USER_EXC_STACK_OVERFLOW_SIZE
4096
<END>
```

<BEGIN> WCC_cwv152r110_PARAM_TASK_USER_EXC_STACK_SIZE
8192
<END>

<BEGIN> WCC_cwv152r110_PARAM_TASK_USER_EXEC_STACK_OVERFLOW_SIZE
4096
<END>

<BEGIN> WCC_cwv152r110_PARAM_TASK_USER_EXEC_STACK_UNDERFLOW_SIZE
4096
<END>

<BEGIN> WCC_cwv152r110_PARAM_TFFS_DRIVE_NUMBER
0
<END>

<BEGIN> WCC_cwv152r110_PARAM_TFFS_MOUNT_POINT
"/tffs0"
<END>

<BEGIN> WCC_cwv152r110_PARAM_TFFS_REMOVABLE
FALSE
<END>

<BEGIN> WCC_cwv152r110_PARAM_TYLIB_WRT_THRESHLD
20
<END>

<BEGIN> WCC_cwv152r110_PARAM_TYLIB_XOFF_PCNT
85
<END>

<BEGIN> WCC_cwv152r110_PARAM_TYLIB_XON_PCNT
50
<END>

<BEGIN> WCC_cwv152r110_PARAM_USER_D_CACHE_ENABLE
TRUE
<END>

<BEGIN> WCC_cwv152r110_PARAM_USER_D_CACHE_MODE
CACHE_LIBRARY_MODE
<END>

<BEGIN> WCC_cwv152r110_PARAM_USER_D_MMU_ENABLE
TRUE
<END>

<BEGIN> WCC_cwv152r110_PARAM_USER_I_CACHE_ENABLE
TRUE
<END>

<BEGIN> WCC_cwv152r110_PARAM_USER_I_CACHE_MODE
CACHE_LIBRARY_MODE

<END>

<BEGIN> WCC_cwv152r110_PARAM_USER_I_MMU_ENABLE
TRUE
<END>

<BEGIN> WCC_cwv152r110_PARAM_USER_RESERVED_MEM
0x00000000
<END>

<BEGIN> WCC_cwv152r110_PARAM_VEC_BASE_ADRS
LOCAL_MEM_LOCAL_ADRS
<END>

<BEGIN> WCC_cwv152r110_PARAM_VM_PAGE_SIZE
4096
<END>

<BEGIN> WCC_cwv152r110_PARAM_VX_GLOBAL_NO_STACK_FILL
FALSE
<END>

<BEGIN> WCC_cwv152r110_PARAM_VX_NATIVE_SCHED_CONSTANT_RDY_Q
VX_TRAD_SCHED_CONSTANT_RDY_Q
<END>

<BEGIN> WCC_cwv152r110_PARAM_VX_TRAD_SCHED_CONSTANT_RDY_Q
TRUE
<END>

<BEGIN> WCC_cwv152r110_PARAM_WDB_BP_MAX
25
<END>

<BEGIN> WCC_cwv152r110_PARAM_WDB_COMM_PORT
0x4321
<END>

<BEGIN> WCC_cwv152r110_PARAM_WDB_COMM_VTMD
8
<END>

<BEGIN> WCC_cwv152r110_PARAM_WDB_END_DEVICE_ADDRESS
NULL
<END>

<BEGIN> WCC_cwv152r110_PARAM_WDB_END_DEVICE_NAME
NULL
<END>

<BEGIN> WCC_cwv152r110_PARAM_WDB_END_DEVICE_UNIT
0

```
<BEGIN> WCC_cwv152r110_PARAM_WDB_GOPHER_TAPE_LEN
1400
<END>

<BEGIN> WCC_cwv152r110_PARAM_WDB_GOPHER_TAPE_NB
10
<END>

<BEGIN> WCC_cwv152r110_PARAM_WDB_MAX_RESTARTS
5
<END>

<BEGIN> WCC_cwv152r110_PARAM_WDB_MTU
1500
<END>

<BEGIN> WCC_cwv152r110_PARAM_WDB_NETROM_INDEX
0
<END>

<BEGIN> WCC_cwv152r110_PARAM_WDB_NETROM_NUM_ACCESS
1
<END>

<BEGIN> WCC_cwv152r110_PARAM_WDB_NETROM_POLL_DELAY
2
<END>

<BEGIN> WCC_cwv152r110_PARAM_WDB_NETROM_ROMSIZE
ROM_SIZE
<END>

<BEGIN> WCC_cwv152r110_PARAM_WDB_NETROM_TYPE
400
<END>

<BEGIN> WCC_cwv152r110_PARAM_WDB_NETROM_WIDTH
1
<END>

<BEGIN> WCC_cwv152r110_PARAM_WDB_POOL_SIZE
((unsigned int) (sysMemTop() - FREE_RAM_ADRS)/16)
<END>

<BEGIN> WCC_cwv152r110_PARAM_WDB_PROXY_PORT
0x4444
<END>

<BEGIN> WCC_cwv152r110_PARAM_WDB_PROXY_TASK_OPTIONS
VX_SUPERVISOR_MODE | VX_UNBREAKABLE
<END>

<BEGIN> WCC_cwv152r110_PARAM_WDB_PROXY_TASK_PRIORITY
55
```

&lt;END&gt;

&lt;BEGIN&gt; WCC_cwv152r110_PARAM_WDB_PROXY_TASK_STACK_SIZE
10000
&lt;END&gt;

&lt;BEGIN&gt; WCC_cwv152r110_PARAM_WDB_REGS_SIZE
512
&lt;END&gt;

&lt;BEGIN&gt; WCC_cwv152r110_PARAM_WDB_RESTART_TIME
10
&lt;END&gt;

&lt;BEGIN&gt; WCC_cwv152r110_PARAM_WDB_RTP_PRIORITY
200
&lt;END&gt;

&lt;BEGIN&gt; WCC_cwv152r110_PARAM_WDB_SPAWN_OPTS
VX_FP_TASK
&lt;END&gt;

&lt;BEGIN&gt; WCC_cwv152r110_PARAM_WDB_SPAWN_PRI
100
&lt;END&gt;

&lt;BEGIN&gt; WCC_cwv152r110_PARAM_WDB_SPAWN_STACK_SIZE
0x5000
&lt;END&gt;

&lt;BEGIN&gt; WCC_cwv152r110_PARAM_WDB_STACK_SIZE
0x2000
&lt;END&gt;

&lt;BEGIN&gt; WCC_cwv152r110_PARAM_WDB_TASK_OPTIONS
VX_UNBREAKABLE | VX_FP_TASK
&lt;END&gt;

&lt;BEGIN&gt; WCC_cwv152r110_PARAM_WDB_TASK_PRIORITY
3
&lt;END&gt;

&lt;BEGIN&gt; WCC_cwv152r110_PARAM_WDB_TIPC_PORT_INSTANCE
71
&lt;END&gt;

&lt;BEGIN&gt; WCC_cwv152r110_PARAM_WDB_TIPC_PORT_TYPE
70
&lt;END&gt;

&lt;BEGIN&gt; WCC_cwv152r110_PARAM_WDB_TTY_BAUD
9600
&lt;END&gt;

```
<BEGIN> WCC_cwv152r110_PARAM_WDB_TTY_CHANNEL
1
<END>
```

```
<BEGIN> WCC_cwv152r110_PARAM_WDB_TTY_DEV_NAME
"/tyCo/1"
<END>
```

```
<BEGIN> WCC_cwv152r110_PARAM_WDB_TTY_ECHO
FALSE
<END>
```

```
<BEGIN> WCC_cwv152r110_PARAM_WIND_JOBS_MAX
64
<END>
```

```
<BEGIN> WCC_cwv152r110_PARAM_XBD_BLK_DEV_TASK_PRIORITY
50
<END>
```

```
<BEGIN> WCC_cwv152r110_SOFT_EXCLUDE_COMPONENTS

<END>
```

```
<BEGIN> userComments

<END>
```

```c
/*****************************************************************************
 * Classification: UNCLASSIFIED
 * CSCI Name: ALF Standard Library 1.0
 * Description: The ALF Standard Library provides common types and utilities to
 * the ALF Framework and provides external consumers with access to our data
 * types.
 * File Name: StandALF.c
 * Author: MatthewMouring
 * Date: Jan 7, 2021
 * Adaptive Layer Framework (ALF)
 * JET Systems, LLC (C) 2021
 * Distribution Statement D
 *        Distribution authorized to Department of Defense and U.S. DoD      *
 *        contractors only; Critical Technology; Software Documentation;     *
 *        01/07/2021. Other requests for this document shall be referred to  *
 *        JET Systems 48015-1 Pine Hill Run Road, Lexington Park, MD 20653   *
 * WARNING - This document contains technical data whose export is restricted *
 *        by the Arms Export Control Act (Title 22, U.S.C., Sec 2751, et     *
 *        seq.) or the Export Administration Act of 1979 (Title 50, U.S.C.,  *
 *        App. 2401 et seq), as amended.  Violations of these export laws    *
 *        are subject to severe criminal penalties.  Disseminate in          *
 *        accordance with provisions of DoD Directive 5230.25.               *
 *****************************************************************************/

#include "../alfStdLib.h"
#include <stdio.h>

#define PRINT_BUFFER_SIZE 512


/* "For even the very wise cannot see all ends." ~ Gandalf
 *                        ....
 *                      ." ."'
 *                    .'  :
 *                   .:   :
 *                  _:   :    ..----.._
 *                .::........:  '       ".
 *        .'  #-. .-######'    #      '.
 *        '.##'/' ###############     :
 *          #####################     :
 *          ..##.-.#### ."###"..._     :
 *          :--:#########:          '.  .':
 *    \\..__...--.. :--:#######.'  '.      '.   :
 *     :   :  : :  "'-"':'.:         .      '. .'
 *    '---"'.:  :   ':   '."'.   '.       .'
 *        \\ :: : :   '      '"""'.   '.     .:
 *         \\ :: :  :   '          '.    '    :
 *         \\:: : :       ....' .:       '  '.
 *          \\:: : :   .....####\\ .~~.:.          :
 *           \\':..:..:'#########.===. ~ |.'-.  . '"..:
 *            \\  .'  ########## \\ \\ _'.'. '-.      "".
 *             :\\  :   #######   \\ \\    '. '-.      :
 *              : \\'  '  #### :  \\ \\    :.  '-.     :
```

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION**

| | |
|---|---|
| **JET SYSTEMS, LLC,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Civil Action No. 8:24-cv-1628-DKC** |
| ) | |
| **J.F. TAYLOR, INC.,** ) | |
| ) | |
| Defendant. ) | |

 **PROPOSED  ORDER**

    **THIS MATTER** having come before the Court on a Motion to Dismiss Plaintiff's First Amended Complaint by Defendant J.F. Taylor, Inc., and the Court having reviewed and considered the Memorandum of Law in support of the Motion and any opposition thereto, and the matter being fully briefed  and for good cause shown

    **IT IS** on this     day of          , 2024,

    **ORDERED** that the J.F. Taylor, Inc.'s Motion to Dismiss is hereby **GRANTED**, and it is further,

    **ORDERED** that the case is dismissed with prejudice.

    The Clerk is directed to close the case.

                                        _____
                                        The    on. Deborah K. Chasanow,    .S.D.J.

Copies to All Counsel of Record