**EXHIBIT A TO
PLAINTIFF'S OPPOSITION**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JET SYSTEMS, LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 24-1166 C |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF SCOTTY JASTER

Scotty Jaster hereby declares pursuant to 28 U.S.C. § 1746, and says:

1. I am the Chief Executive Officer ("CEO") and Chief Engineer of JET Systems, LLC ("JET") and make this Declaration under penalty of perjury and in support of JET's Opposition to the Government's Motion to Dismiss, or in the Alternative, for a More Definite Statement.

2. I am at least 18 years of age and otherwise competent to testify as to the matters set forth herein.

3. During the past year, it came to my attention that Paul Purkey, a third party having no relationship with "JET Systems, LLC", on March 25, 2024 transmitted Articles of Cancellation of "JET Systems, LLC" to the Maryland State Department of Assessments & Taxation ("SDAT"), which were filed on April 20, 2024.

4. After learning of this unauthorized filing, I contacted SDAT and requested that the filing be voided.

5. SDAT requested a statement from Mr. Purkey, who previously used the trade name "Jet Systems," stating that the filing was a mistake. On November 26, 2024, Mr.

Purkey sent to SDAT the requested statement in an affidavit under penalty of perjury. A copy of his affidavit is attached as Exhibit 1 hereto.

6. After receiving Mr. Purkey's affidavit, on December 17, 2024, SDAT informed me by email that "the Cancellation filing has been voided," and that "JET Systems, LLC" would be restored to active status and that the principal and resident agent addresses would be restored to what they were prior to the erroneous filing. A copy of the SDAT email is attached as Exhibit 2 hereto.

7. SDAT voided the unauthorized Articles of Cancellation. A copy of the voided Articles of Cancellation is attached as Exhibit 3 hereto.

8. As a result of the Articles of Cancellation being voided, "JET Systems, LLC" has been restored to its former status as an LLC in good standing.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED ON JANUARY 2, 2025.

Scotty Jaster

_____

**EXHIBIT 1 TO JASTER DECLARATION**

# AFFIDAVIT REGARDING RECORDED GOVERNING OR CHARTER DOCUMENT UNDER CORPORATIONS & ASSOCIATIONS ARTICLE, §1-201.1

I, __Paul Purkey__, hereby certify:

1. I am eighteen years of age or older, have personal knowledge and sufficient experience to testify to the matters stated herein and am competent to be a witness in a legal proceeding.

2. The following information concerns the filing that is the subject of this affidavit:
   - Name of Entity for which filing was recorded: __Jet Systems, LLC__
   - Department Identification Number of Entity: __W15376775__
   - Date filing at issue was recorded at SDAT: __04/20/2025__

3. I am (check one):

   ☐ A Person Described in Corporations & Associations Article, 1-201.1(b)(1). I believe a governing or charter document either was not authorized by at least one individual whose name is included in the entity name or otherwise does not conform to state law. I believe the filing described above is prohibited.

   ☒ A Resident Agent or Other Authorized Person Described in Corporations & Associations Article, §1-201.1(b)(2). I am responding to an affidavit alleging a filing was recorded in violation of the law. I believe the filing at issue is not prohibited.

4. The factual basis for my belief indicated above is as follows:

On 04/20/24 the cancellation of Jet Systems, LLC was mistaken for Jet Systems, Trademark. The cancellation of Jet System, LLC (W15376775) should not have been executed. I, Paul Purkey called SDAT to cancel my Jet Systems, Trademark and followed the directions of the representative. Instead of Jet Systems, Trademark being canceled Jet Systems, LLC owned by Scotty Juster was cancelled. This action needs to be reversed and reinstated Jet systems, LLC owned by Scotty Jaster.

5. ☐ Documents are attached which support the factual basis for my belief indicated above.
   a) _____
   b) _____
   c) _____
   d) _____
   e) _____

I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of this Affidavit are true.

_Paul Purkey_
Signature

11/26/2024
Date

**OR**

I solemnly affirm under the penalties of perjury the contents of this Affidavit are true to the best of my information, knowledge and belief.

_____
Signature

_____
Date

Printed Name and Address of Person Signing Affidavit:

Paul Purkey
2902 Carone Dr.
Jefferson MD 20755

**EXHIBIT 2 TO JASTER DECLARATION**

From: Charter Help (Legal) <sdat.charterhelp@maryland.gov>

Sent: Tuesday, December 17, 2024 5:05:01 PM

To: Amanda Jaster <ajaster@myjetsystems.com>

Cc: paul.purkey@gmail.com <paul.purkey@gmail.com>; Scotty Jaster <sjaster@myjetsystems.com>

Subject: Re: Charter Legal Prohibited Filing Allegation

Good evening,

The waiver of the 45-day notice period has been granted. The Cancellation filing has been voided and i have instructed members of my staff to restore the entity to active status and restore the principal and resident agent addresses to what they were prior to the erroneous filing.

Do allow 3 business days to see the entire process completed.

Do let me know if you have any further questions or concerns.

Best Regards,

Ed Akonawe

Deputy Program Manager

Charter Legal

Maryland State Department of Assessments & Taxation

700 East Pratt Street,

2nd Fl., Ste 2700

Baltimore, Maryland 21202

410-767-1330

sdat.charterhelp@maryland.gov

Website | Facebook | Twitter

**EXHIBIT 3 TO JASTER DECLARATION**

## ARTICLES OF CANCELLATION

The undersigned, with the intention of terminating a Maryland **Limited Liability Company**, files the following Articles of Cancellation:

(1) The Maryland Limited Liability Company Name and Principal Office Address are:

**MD LLC Name/Department ID:** JET SYSTEMS LLC (W15376775)

**Principal Office Address:** 2902 CARONE DRIVE, JEFFERSON, MD 21755

*Document VOID pursuant to 1-201.1 Corporations and Associations Article of the Annotated Code*

(2) The Name and Maryland Address of the Resident Agent (who shall serve for one year after termination) are:

**Resident Agent Name:** PAUL ALAN PURKEY

**Resident Agent Address:** 2902 CARONE DRIVE, JEFFERSON, MD 21755

(3) The Name and Address of each member who was designated to wind up the affairs of this MD LLC, or, if no member was so designated, all members are:

**Name:** PAUL PURKEY     **Address:** 2902 CARONE DRIVE, JEFFERSON, MD 21755

**Name:**     **Address:**

**Name:**     **Address:**

(4) ☑ This MD LLC has no known creditors, OR ☐ Notice of Termination was sent by registered mail, postage prepaid, return receipt requested to all known creditors of this MD LLC on the date of:

(5) The effective date of the cancellation of this MD LLC is: 04/20/2024

**THE LIMITED LIABILITY COMPANY IS TERMINATED.**

(6) I certify the foregoing is true.

Signed: PAUL A. PURKEY
*Authorized Person*

Signed:
*Authorized Person*

*Document VOID pursuant to 1-201.1 Corporations and Associations Article of the Annotated Code*

Signed:
*Authorized Person*

(7) I hereby consent to my designation in this document as resident agent for this MD LLC.

Signed: PAUL ALAN PURKEY
*Resident Agent*

