IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| JET SYSTEMS, LLC )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA )<br>)<br>  Defendant. )<br> | Case No. 24-1166 C<br><br>Judge Robin M. Meriweather |

## **[PROPOSED] ORDER**

This matter comes before the Court on the Motion of Defendant the United States to Dismiss, or in the Alternative for a More Definite Statement. Having reviewed Defendant's Motion and Plaintiff's Memorandum in Opposition and the entire file in this case, it is hereby this ___ day of _____, 2025,

ORDERED that Defendant's Motion is DENIED in its entirety.

_____
Hon. Robin M. Meriweather
U.S. Court of Federal Claims Judge